Vahe Khojayan  (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us

Attorneys for debtor-in possession
OKAYSOU CORPORATION

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:

**OKAYSOU CORPORATION**

                                    Debtor-in-possession

CASE NUMBER: **6:23-bk-11535-MH**

Chapter 11

**NOTICE OF APPLICATION BY DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY ATTORNEY ON GENERAL RETAINER**

**TO THE UNITED STATES TRUSTEE, CREDITORS AND PARTIES IN INTEREST:**

     NOTICE IS HEREBY GIVEN that OKAYSOU CORPORATION, Debtor-in-possession for the Chapter 11 estate in the above-captioned matter has filed an application with this Court for an Order Authorizing her to employ the law firm of YK Law, LLP  ("Attorney") as attorney for Debtor-in-Possession.

     Attorney has received a pre-petition retainer of $30,00.00 including the filing fee in the amount of $1,738.00 from the Debtors. Said retainer was deposited into Attorney's client trust account. An amount of $6,650.00 (equal to 13.3 hours of work) was expended pre-petition. The filing fee was paid at the time of filing.  An amount of 21,612.00 remains in Attorney's trust account and will be "drawn down" on a subject to Court approval, after Notice and Application to the Court pursuant to the guidelines of the Unites States Trustee's Office.  All fees are subject

to final court approval after notice and hearing.  Any creditor or party in interest wishing to obtain a copy of the Application may request same by contacting the attorney for the Debtor at the address and phone number provided in the upper left-hand corner of this notice.

FURTHER NOTICE IS GIVEN THAT **if you do not oppose the application, you need take no further action.  If you object to the application pursuant to Local Bankruptcy Rule 2014-1, Objections and a written request for hearing must be filed with the Court within 14 days of the date of service of this Notice, in the form required by Local Bankruptcy Rule 9013-1(o)(1).  You must file your objection and request for a hearing with the Clerk of the United States Bankruptcy Court located at 21041 Burbank Blvd, Woodland Hills, CA 91367. You must serve a copy of your Objection to the application and Request for a Hearing on the Debtor's proposed counsel at the address indicated in the upper left-hand corner of this Notice, and upon the Office of the United State Trustee located at 915 Wilshire Blvd, Ste 1850, Los Angeles, CA  90017.  Upon receipt of a written objection and request for hearing, the Debtor's proposed counsel will obtain a hearing date and give appropriate notice thereof.   Any failure to timely file and serve objections may result in any such objection being waived.**

Dated:  05/10/2023

Respectfully submitted by:

YK Law, LLP

Vahe Khojayan
Proposed Attorney for Debtor-in-possession

**NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __**Notice of Employment Application**____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __05/10/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)**
abram.s.feuerstein@usdoj.gov
**Everett L Green on behalf of U.S. Trustee United States Trustee (RS)**
everett.l.green@usdoj.gov
**Vahe Khojayan on behalf of Debtor Okaysou Corporation**
vkhojayan@yklaw.us
**Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS)**
Cameron.Ridley@usdoj.gov
**United States Trustee (RS)**
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __05/10/2023__  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/10/2023 | Tina Chenorjoukian | /s/ Tina Chenorjoukian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE**

Amazon Capital Services, Inc.
PO Box 84837
Seattle, WA 98124

Arovast Corporation
c/o Trojan law Offices
9250 Wilshire Blvd., Ste 325
Beverly Hills, CA 90212

Cansail Fulfillment
13828 Mountain Ave,
Chino, CA 91710

Elekcity Corporation
c/o Trojan law Offices
9250 Wilshire Blvd., Ste 325
Beverly Hills, CA 90212

Fedex
3965 Airways, Module G
4th Floor
Seattle, WA 98116

Rexford Industrial
11620 Wilshire Blvd, #1000
Los Angeles, CA 90025

UPS
PO box 650116
Dallas, TX 75265-0116

Wakool Transport
19130 San Jose Ave,
Rowland Heights, CA 91748

WebBank
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia. PA  19101-7346

Tiansai Pang
#303, Renxing Rd.,
Yubei Dist., Chongqing,
China 303

Souxing Information Technology (Chongqing)
Co. Ltd  #56, Ruitian Rd., Yuzhong Dist.,
Chongqing, China  56

Fundong Cao
#56, Ruitian Rd., Yuzhong Dist., Chongqing,
China  56

**NOTICE**

- 4 -

Vahe Khojayan  (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us

Attorneys for debtor-in possession
OKAYSOU CORPORATION

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:

**OKAYSOU CORPORATION**

Debtor-in-possession

CASE NUMBER: 6:23-bk-11535-MH

Chapter 11

**APPLICATION BY DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY YK LAW, LLP AS GENERAL BANKRUPTCY COUNSEL, WITH DECLARATION OF VAHE KHOJAYAN**

**TO THE UNITED STATES TRUSTEE, CREDITORS AND PARTIES IN INTEREST:**

    Okaysou Corporation, Debtor and Debtor-in-Possession herein (referred to as "Applicant" or "Debtor"), respectfully applies for the right to retain YK Law, LLP with its attorneys as counsel for Debtors-in-Possession. The Application of Debtors-in-Possession shows and alleges:

1.   The petition commencing this case under Chapter 11 of the Bankruptcy code was filed on 04/17/2023.

---

**APPLICATION**
- 1 -

2. Applicant has selected YK Law, LLP for the reason that the firm and the attorneys have had a considerable experience in the matters of this nature, and Applicant believes that YK Law, LLP is well qualified to represent him as Debtor-in-possession in this case.

3. The Professional services that said attorneys are to render can be summarized as follows:

   a. To advise and assist Debtors with respect to compliance with the requirements of the United States Trustee;

   b. To advise Debtors regarding matters of bankruptcy law, including the rights and remedies of Debtors in regards to its assets and with respect to the claims of creditors;

   c. To represent Debtors in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where Debtors' rights under the Bankruptcy Code may be litigated or affected;

   d. To conduct examination of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to the Chapter 11 case;

   e. To advise Debtors concerning the requirements of the Bankruptcy Court and applicable rules as the same affect Debtors in this proceeding;

   f. To assist Debtors in negotiation, formulation, confirmation, and implementation of a Chapter 11 plan of reorganization;

   g. To make ant bankruptcy court appearances on behalf of Debtors; and

   h. To take such other action and perform such other services as Debtors may require of its general counsel in connection with Chapter 11 case.

   i. To perform all of the legal services for Applicant as Debtor-in-Possession which may be necessary herein.

4. For the following and all other necessary and proper purposes, Applicant desires to retain YK Law, LLP located at 445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071, as its attorneys.

5. To the best of Debtor's knowledge and based on declaration of Vahe Khojayan neither YK Law, LLP nor any of the attorneys comprising or employed by it have any connection with the creditors or any other party in interest or their respective attorneys. Applicant has no connection to the Judge, United States Trustee or to their employees.

---

**APPLICATION**
- 2 -

6. To the best of Applicant's knowledge YK Law, LLP and Vahe Khojayan represent no interest adverse to the estate, Debtor's accountant, Debtor's creditors any other party in interest or its respective attorneys or accountants.

7. Employment of YK Law, LLP is in the best interest of the estate pursuant to 11 U.S.C. § 327 (a).

8. Compensation and Employment of Counsel shall be pursuant to 11 U.S.C. § 330.

9. YK Law, LLP and its attorneys are well qualified to render the foregoing services as they have extensive experience in bankruptcy, business litigation, and debtor/creditor law matters.

10. Applicant desires to employ YK Law, LLP on a retainer of $30,000 including the filing fee of $1,738.00 paid by Debtor.  The retainer sum was deposited into attorney's trust account. YK Law LLP's Services are billed at $500.00 per hour for partners and $250.00 for associates.

11. An amount of $6,650.00 (equal to 13.3 hours of work) was expended pre-petition. The filing fee was paid at the time of filing.  An amount of $21,612.00 remains in Attorney's trust account and will be "drawn down" on a subject to Court approval, after Notice and Application to the Court pursuant to the guidelines of the Unites States Trustee's Office.

12. A copy of the biographical sketch of Vahe Khojayan, the main counsel in this case is attached hereto as Exhibit A. Attached as Exhibit B is a true and correct copy of the hourly rate of YK Law LLP's attorneys in this case.

13. No committee of creditors has been appointed herein at this time.

14. Pursuant to §327 of the Bankruptcy code, Notice and hearing is not required in connection with this Application.

15. No compensation or reimbursement will be paid from monies of the estate or from any other source except upon Application to and approval by this Court and after Notice to all creditors and hearing.

WHEREFORE, Applicant respectfully prays for the authority to employ and appoint YK Law, LLP to represent Applicant as the Debtors-in-possession, and for such other and further relief as is just and proper.

Dated: 04/28/2023


By: _____
        Vahe Khojayan
        YK Law, LLP
        Proposed Attorneys for Debtors in Possession


Dated: 04/28/2023


By: _____
        Hao Ma, Chief Executive Officer
        Okaysou Corporation
        Debtor-in-possession

Dated:04/28/2023


By: _____
    Vahe Khojayan
    YK Law, LLP
    Proposed Attorneys for Debtors in Possession


Dated: 04/28/2023


By: _____
    Hao Ma, Chief Executive Officer
    Okaysou Corporation
    Debtor-in-possession

## DECLARATION OF VAHE KHOJAYAN

1.      I am an attorney duly admitted to practice law in the State of California and before this court.  I am a partner of the law firm of YK Law, LLP, (the "Firm").  I seek permission for YK Law, LLP and its attorneys to be employed by debtor-in-possession as an attorney for the debtor-in-possession on general retainer in this case.

2.      I have personal knowledge of the facts set forth in this declaration and if called and sworn as a witness could and would competently testify thereto.

3.      The petitions commencing this case under Chapter 11 of the Bankruptcy code was filed on April 17, 2023. The Firm has received a sum of $30,000.00 including the filing fee of $1,738.00. My time in this case is billed at $500.00 per hour, and associate time is billed at $250.00 per hour.

4.      A true and correct copy of my biographical sketch is attached hereto as Exhibit A. A true and correct copy of the Firm's hourly rates in this case is attached hereto as Exhibit B.

5.      An amount of $6,650.00(equal to 13.3 hours of work) was expended pre-petition. The filing fee was paid at the time of filing.  An amount of $21,612.00 remains in the Firm's trust account and will be "drawn down" on a subject to Court approval, after Notice and Application to the Court pursuant to the guidelines of the Unites States Trustee's Office.

6.      The Debtor wishes to retain the services of YK Law, LLP in the Voluntary Chapter 11 proceeding. The retainer has been deposited in my trust account and be disbursed to the general account after monthly face sheet fee disclosures pursuant to the guidelines of the United States Trustee's Office which has not been opposed pursuant to an Order after Notice Fee Application.

7.      I have practiced before the Bankruptcy Courts of the Central and Southern Districts of this state since 2009.

8.      Neither I, nor the members of YK Law, LLP have any connection with the Debtor, its creditors, or any other party in interest herein, or its respective attorneys, except as follows:

    a.  Prior to the filing of this case YK Law, LLP represented Debtor, and Debtor's principal Hao Ma in the case of Arovast Corporation v. Okaysou Corporation, et. al. Filed in the United Stated District Court Case No. 8:22-cv-01037-MRW.  That case has been stayed by the filing of the bankruptcy.  Additionally, one of the

associates currently employed at YK Law, LLP used to be an employee of Trojan Law Offices, Plaintiff's counsel in that case. Said associate Iain Hill has had no involvement with anything related to Okaysou Corporation, and in compliance with Rule 1.10 has been segregated from any access to any Okaysou related files and communications.

9.    Compensation and Employment of Counsel shall be pursuant to 11 U.S.C. § 330.

10.    Neither I, nor the members of the Firm have any interest adverse to the estate of the debtor herein. The Firm and its attorneys are disinterested as the term is defined in 11 U.S.C. § 101(13).

11.    No compensation or reimbursement will be paid from monies of the estate or from any other source except upon Application to and approval by this Court and after Notice to all creditors and hearing.

12.    Neither I, nor members of Firms, have pre-petition claims against the estate.

13.    Other than the connection mentioned in Paragraph 8, above, neither I, nor members of the Firm, have any connection with the Debtors, an insider of the Debtors or any related entities of the Debtors, nor do we plan in the future to represent any related debtors.

14.    The Firm and I are familiar with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and shall comply with them.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: 04/28/2023

_____
Vahe Khojayan
Proposed Counsel for Debtor

**APPLICATION**
- 6 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**445 S. Figueroa Street, Ste 2280**
**Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __**APPLICATION BY DEBTOR IN POSSESSION**
**FOR AUTHORITY TO EMPLOY ATTORNEY ON GENERAL RETAINER** will be served or was served **(a)** on the
judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling
General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF
and hyperlink to the document. On __**05/102023**__, I checked the CM/ECF docket for this bankruptcy case or
adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive
NEF transmission at the email address(es) indicated below:

**Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)**
**abram.s.feuerstein@usdoj.gov**
**Everett L Green on behalf of U.S. Trustee United States Trustee (RS)**
**everett.l.green@usdoj.gov**
**Vahe Khojayan on behalf of Debtor Okaysou Corporation**
**vkhojayan@yklaw.us**
**Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS)**
**Cameron.Ridley@usdoj.gov**
**United States Trustee (RS)**
**ustpregion16.rs.ecf@usdoj.gov**

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**05/10/2023**__, I served the following person(s) and/or entity(ies) at the last known address(es) in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the
judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the
document is filed.

☒
     Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the
judge will be completed no later than 24 hours after the document is filed.

☐
     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct.

| 05/10/2023 | Tina Chenorjoukian | /s/ Tina Chenorjoukian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**APPLICATION**

Amazon Capital Services, Inc.
PO Box 84837
Seattle, WA 98124

Arovast Corporation
c/o Trojan law Offices
9250 Wilshire Blvd., Ste 325
Beverly Hills, CA 90212

Cansail Fulfillment
13828 Mountain Ave,
Chino, CA 91710

Elekcity Corporation
c/o Trojan law Offices
9250 Wilshire Blvd., Ste 325
Beverly Hills, CA 90212

Fedex
3965 Airways, Module G
4th Floor
Seattle, WA 98116

Rexford Industrial
11620 Wilshire Blvd, #1000
Los Angeles, CA 90025

UPS
PO box 650116
Dallas, TX 75265-0116

Wakool Transport
19130 San Jose Ave,
Rowland Heights, CA 91748

WebBank
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia. PA  19101-7346

Tiansai Pang
#303, Renxing Rd.,
Yubei Dist., Chongqing,
China 303

Souxing Information Technology
(Chongqing) Co. Ltd  #56, Ruitian Rd.,
Yuzhong Dist., Chongqing, China  56

Fundong Cao
#56, Ruitian Rd., Yuzhong Dist.,
Chongqing, China  56

**APPLICATION**

# EXHIBIT A

VAHE KHOJAYAN, ESQ.

## EDUCATION

Loyola Law School, Los Angeles JD 2008
Yerevan State University, BA 2002

## LEGAL MEMBERSHIPS

American Bar Association,
Real Property and Business Law Sections
State Bar of California
Los Angeles County Bar Association

## JUDICIAL VENUES

Admitted to United States District Courts in Central and Southern Districts and all courts in the
State of California.

## LEGAL EXPERIENCE

Mr. Khojayan's practice of law emphasizes litigation in both State civil court and Federal
Bankruptcy court on behalf of debtors and small businesses.  Mr. Khojayan has represented
Debtors in various Chapter 7, 11 and 13 matters in the Bankruptcy Courts in Central and
Southern Districts of California. Mr. Khojayan has represented both individual and institutional
clients in Chapter 11 proceedings, and has significant experience in helping debtors reorganize
through bankruptcy process.

 Mr. Khojayan has successfully represented small businesses and individuals in contract
disputes, fraud actions, real estate disputes and title litigation in California State Courts.  His
cases include successfully representing custom made automobile exporters against
manufacturers, and property developers against contractors.

# EXHIBIT B



New York | Los Angeles | Irvine
Dallas | Miami | China

**WWW.YKLAW.US**

445 S. Figueroa Street, Suite 2280
Los Angeles, CA 90071
www.yklaw.us | 213.401.0970

**Hourly rates charged by YK Law, LLP in**
**In re: Okaysou Corporation**

| | |
|---|---|
| *Partners:* | *$500.00 per hour* |
| *Associates:* | *$250.00 per hour* |
| *Paraprofessionals:* | *$90.00 per hour* |

Vahe Khojayan  (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us

Attorneys for debtor-in possession
OKAYSOU CORPORATION

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**OKAYSOU CORPORATION**<br><br>Debtor-in-possession | CASE NUMBER: 6:23-bk-11535-MH<br><br>Chapter 11<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014** |

1.      **Name, address and telephone number of the professional ("the Professional")** **submitting this Statement**:

YK LAW, LLP, 445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071, Tel: (213) 401-0970, Fax: (213) 529-3044, Email: vkhojayan@yklaw.us ("the Professional")

2.      **The services to be rendered by the Professional in this case are**:

Advise and assist debtor re: compliance and requirements of the Bankruptcy Code, represent debtor in bankruptcy proceedings, assist debtor in negotiating and

---

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

- 1 -

preparing disclosure statement and plan, make court appearances, perform all of the legal services required by Debtor-in-possession in this bankruptcy case.

3.      **The terms and source of the proposed compensation and reimbursement of the Professional are**:

Debtor has paid $30,000 to YK Law, LLP.  Services are billed at $500 per hour for partners and $250 per hour for associates, and $90 for paraprofessional staff.

4.      **The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are**:

Retainer of $30,000.00 including the filing fee of 1,738.00 was paid by the Debtor.  The filing fee was paid from the funds, and an amount of $6,650.00 was expended pre-petition. An amount of $21,612.00 remains in the attorney's trust account.

5.      **The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of**:

Checking Attorney's client list to see if Attorney is representing or has represented, any parties adverse to debtor.

6. **The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee**:

a.      Prior to the filing of this case YK Law, LLP represented Debtor, and Debtor's principal Hao Ma in the case of Arovast Corporation v. Okaysou Corporation, et. al. Filed in the United Stated District Court Case No. 8:22-cv-01037-MRW.  That case has been stayed by the filing of the bankruptcy. Additionally, one of the associates currently employed at YK Law, LLP used to

be an employee of Trojan Law Offices, Plaintiff's counsel in that case.  Said associate Iain Hill has had no involvement with anything related to Okaysou Corporation, and in compliance with Rule 1.10 has been segregated from any access to any Okaysou related files and communications.

7. **The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows**:

    No exceptions.

8. **The Professional is not and was not an investment banker for any outstanding security of the debtor**.

9. **The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor**.

10. **The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor**.

11. **The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows**:

    No exceptions.

12. **Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional**:

---

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

Vahe Khojayan, YK LAW, LLP, 445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071, Tel: (213) 401-0970, Fax: (213) 529-3044, Email: vkhojayan@yklaw.us

13. **The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows**:

      No Exceptions.

14. Total number of attached pages of supporting documentation: 0

15. **After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief**.

Executed in Los Angeles, CA on 05/10/2023      By: _____

                                      Vahe Khojayan

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**445 S. Figueroa Street, Ste 2280**
**Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __**STATEMENT OF DISINTERESTEDNESS**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __**05/10/2023**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)**
**abram.s.feuerstein@usdoj.gov**
**Everett L Green on behalf of U.S. Trustee United States Trustee (RS)**
**everett.l.green@usdoj.gov**
**Vahe Khojayan on behalf of Debtor Okaysou Corporation**
**vkhojayan@yklaw.us**
**Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS)**
**Cameron.Ridley@usdoj.gov**
**United States Trustee (RS)**
**ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**04/28/2023**__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/28/2023 | Tina Chenorjoukian | /s/ Tina Chenorjoukian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT**
**OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

Amazon Capital Services, Inc.
PO Box 84837
Seattle, WA 98124

Arovast Corporation
c/o Trojan law Offices
9250 Wilshire Blvd., Ste 325
Beverly Hills, CA 90212

Cansail Fulfillment
13828 Mountain Ave,
Chino, CA 91710

Elekcity Corporation
c/o Trojan law Offices
9250 Wilshire Blvd., Ste 325
Beverly Hills, CA 90212

Fedex
3965 Airways, Module G
4th Floor
Seattle, WA 98116

Rexford Industrial
11620 Wilshire Blvd, #1000
Los Angeles, CA 90025

UPS
PO box 650116
Dallas, TX 75265-0116

Wakool Transport
19130 San Jose Ave,
Rowland Heights, CA 91748

WebBank
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia. PA  19101-7346

Tiansai Pang
#303, Renxing Rd.,
Yubei Dist., Chongqing,
China 303

Souxing Information Technology (Chongqing)
Co. Ltd  #56, Ruitian Rd., Yuzhong Dist.,
Chongqing, China  56

Fundong Cao
#56, Ruitian Rd., Yuzhong Dist., Chongqing,
China  56

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

- 6 -