Vahe Khojayan  (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us


Attorneys for debtor-in possession
OKAYSOU CORPORATION

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**OKAYSOU CORPORATION**<br><br>Debtor-in-possession | CASE NUMBER: 6:23-bk-11535-MH<br><br>Chapter 11<br><br>**DECLARATIONS OF DAVID MICKELSON IN SUPPORT OF AMENDED SCHEDULES** |

I, David Mickelson declare:

1. I am a person over the age of eighteen.  I have personal knowledge of the facts stated herein and if called as a witness could and would testify to the accuracy of these facts.
2. I have been retained as chief restructuring officer ("CRO") for Okaysou Corporation ("Debtor")
3. In preparing the enclosed Amendments to Schedules A/B and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (collectively "Amended Schedules and

Statements"), I have reviewed Debtor's bank statements, 2021 tax return and have consulted with Debtor's counsel regarding Debtor's assets and liabilities.

4. While every effort has been made to ensure the accuracy of the Amended Schedules and Statements, they were prepared using the limited information available to me and based upon my still ongoing reconstruction of Debtor's finances.

5. Additionally, it is my understanding that Debtor still lacks access to its accounts with Shopify and Amazon, and therefore I have very limited information concerning these accounts and Debtor's ongoing sales.

6. While Debtor's intangible assets are being disclosed in the amended Schedules A/B, the valuation of these assets is still uncertain. A professional appraisal will be needed to accurately determine the valuation of these assets.

7. Based on the fact that I have not completed my reconstruction of Debtor's financials, I have not provided values for some of the assets listed in the debtor's schedules. The Amended Schedules and Statements may be amended once I have a better understanding of Debtor's business operations and full access to its Amazon and Shopify accounts, and more information becomes available to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   06/05/2023

*David Mickelson*
_____
David Mickelson

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Okaysou Corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:23-bk-11535** |

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **JP Morgan Chase Account** | | | **$28,722.21** |
| 3.2. **Potential interest in funds deposited in bank accounts of Souxing Technology Co., Ltd., and Souxing Information Technology (Chongqing) Co., Ltd., and Fudong Cao, that belong to the Debtor. Value unknown** | | | **Unknown** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. **Funds in Debtor's Amazon Account (estimated as of petition date)** | | | **$112,000.00** |
| 4.2. **Funds in Debtor's Shopify Account** | | | **Unknown** |
| 5. **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$140,722.21** |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

Debtor **Okaysou Corporation**      Case number *(If known)* **6:23-bk-11535**
    Name

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** <br>Air purifiers and filters (estimated) | | $1,600,000.00 | N/A | $1,600,000.00 |
| 22. | **Other inventory or supplies** <br>Possible interest in products with Adeaface brand. | | Unknown | | $0.00 |
| | Inventory funds and other tangible and intangible goods in control of Atomee Corp. | | Unknown | | Unknown |

23. **Total of Part 5.**      $1,600,000.00
     Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
     ☒ No
     ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☒ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

| Debtor | **Okaysou Corporation** | Case number *(If known)* **6:23-bk-11535** |
|---|---|---|
| | Name | |

☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office furnishings, equipment, etc. | $2000.00 | | $2,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**   $2,000.00
    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | **Okaysou Corporation** | Case number (If known) | **6:23-bk-11535** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademark for "Adeaface" Registration Number 6182734** | Unknown | | Unknown |
| | **Trademark for "Okaysou" registration number 5708262** | Unknown | | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** **Trademark Registration Number   5708262, for mark Okaysou** | Unknown | | Unknown |
| | **Domain names and websites owned by the Debtor:** **https://www.okaysou.com** **https://okaysoubrand.com/** **https://okaysoustore.com/** **https://shopokaysou.com/** **https://okaysoupro.com/** **https://www.buyokaysou.com/** **https://www.okaysouseller.com/** | Unknown | | Unknown |
| | **Websites belonging to the bankruptcy estate ww.atomee.com** | Unknown | | Unknown |
| | **Amazon.com Okaysou store** | Unknown | | Unknown |
| | **Nonprovisional design patent application number 29/821,808, Atty Docket No OKS-USD-i01** | Unknown | | Unknown |
| | **Nonprovisional Design patent application Number 29/822,849, Atty docket No OKS0001USD** | Unknown | | Unknown |
| 65. | **Goodwill** **Business goodwill (estimated)** | Unknown | Revenue based | Unknown |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☒ No

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

| Debtor | **Okaysou Corporation** | Case number (If known) | **6:23-bk-11535** |
|---|---|---|---|
| | Name | | |

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** Turnover / Avoidance actions against Souxing Technology Co., Ltd., and Souxing Information Technology (Chongqing) Co., Ltd., and Fudong Cao | $765,000.00 |
| | Nature of claim    Avoidance Actions, preferential transfers | |
| | Amount requested    $765,000.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $765,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  **Okaysou Corporation**  Case number *(If known)* 6:23-bk-11535
        Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140,722.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,600,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $765,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,507,722.21 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,507,722.21 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Okaysou Corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 6:23-bk-11535 |

☒ Check if this is an amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☒ Operating a business<br>☐ Other | $1,241,000.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☒ Operating a business<br>☐ Other | $4,829,000.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☒ Operating a business<br>☐ Other | $4,469,977.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Okaysou Corporation | Case number *(if known)* | 6:23-bk-11535 |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Wakool Transport**<br>19130 San Jose Ave,<br>Rowland Heights, CA 91748 | 01/15/2023 -<br>04/17/2023 | $57,595.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.2. | **Cansail Fulfillment**<br>13828 Mountain Ave,<br>Chino, CA 91710 | 01/15/2023 -<br>04/17/2023 | $72,294.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.3. | **JP Morgan Chase Bank, N.A.**<br>c/o Robertson Anschutz Schneid &<br>Crande<br>6409 Congress Ave, St 100<br>Boca Raton, FL 33487 | 01/15/2023 -<br>04/17/2023 | $39,560.09 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.4. | **WebBank / Shopify Capital**<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219 | 01/15/2023 -<br>4/17/2023 | $17,089.26 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.5. | **Cixi Belian Electrical Appliance Co., Lt**<br>No 28th Haiton Road,<br>Guanhaiwei Town, CIXI, China 28 | 01/15/2023 -<br>04/17/2023 | $198,745.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.6. | **Hanking Plastic Manufactory Co., Ltd**<br>Pingdong Viilage, Pingdi Town,<br>Longgang District<br>Shenzhen 518117 China | 01/15/2023 -<br>04/17/2023 | $167,745.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.7. | **HealthLed Corporation Limited**<br>Building 1, Yongxin industry Park<br>No. 89<br>891 | 01/15/2023 -<br>04/17/2023 | $302,003.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.8. | **Fedex**<br>3965 Airways, Module G<br>4th Floor<br>Seattle, WA 98116 | 01/15/2023 -<br>04/17/2023 | $27,042.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

| Debtor | **Okaysou Corporation** | Case number *(if known)* | **6:23-bk-11535** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **UPS**<br>**PO box 650116**<br>**Dallas, TX 75265-0116** | 01/15/2023 -<br>04/17/2023 | $6,336.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other ___ |
| 3.10 | **Rexford Industrial**<br>**11620 Wilshire Blvd, #1000**<br>**Los Angeles, CA 90025** | 01/15/2023 –<br>04/17/2023 | $9,931.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Lease payments** |
| 3.10 | **Amazon Capital Services**<br>**PO Box 84837**<br>**Seattle, WA 98124** | 01/15/2023 –<br>04/17/2023 | $242,493.99 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Henry Ma**<br><br>**President of Debtor** | April 2022 -<br>April 2023 | $54,000.00 | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Okaysou Corporation | Case number (if known) | 6:23-bk-11535 |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Arovast Corporation et al v. Okaysou Corporation et al<br>8:22-cv-01037-MRW | Patent infringement | United States District Court<br>411 W. 4th Street<br>Santa Ana, CA 92701 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **YK LAW, LLP**<br>**445 S. Figueroa Street, Ste 2280**<br>**Los Angeles, CA 90071** | **Attorney Fees** | **04/13/2023** | **$30,000.00** |
| | Email or website address<br>**vkhojayan@yklaw.us** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

| Debtor | Okaysou Corporation | Case number *(if known)* 6:23-bk-11535 |
|---|---|---|

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Souxing Information Technology Company #56, Ruitian Road, Yuzhong Dist Chongqing China 56 | $765,000 at least | 01/012022 - 04/17/2023 | $765,000.00 |
| | **Relationship to debtor** affiliate entity of debtor (see response to Q30 below) | | | |
| 13.2 | YK Law, LLP 445 S. Figueroa Street, Ste 2280 Los Angeles, CA 90071 | $107,985.00 in legal fees paid in relation with the case of Arovast Corporation v. Okaysou Corporation | 06/10/2022 - 04/15/2023 | $107,985.00 |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

  2010 Napoli Court, Unit 103, Corona, CA 92881 (Debtor's principals residence address, used as a reference address)

  201 E. Chapman Ave, 43G   Pacentia, CA (Debtor's principals residence address, used as a reference address)

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | Okaysou Corporation | Case number *(if known)* 6:23-bk-11535 |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Cansail Fulfillment<br>13828 Mountain Ave,<br>Chino, CA 91710 | Employees of Cansail | Air Purifiers, filters | ☐ No<br>☒ Yes |

| Debtor | Okaysou Corporation | Case number (if known) | 6:23-bk-11535 |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Amazon Fulfillment Centers Located at<br><br>4550 Nexus Way, Las Vegas, NV 89115,<br>3315 N. Kelsey Street, Visalia, CA 93291-1882<br>6000 Enterprise Ave, Schertz, TX 78154,<br>225 Infinity Drive NW, Charleston, TN 37310<br>6001 Bethlehem Blvd., Baltimore, MD 21219,<br>3200 E. Sawyer Road, Republic, MO 65738<br>635 International Blvd, Rock Tavern, NY 12575,<br>402 John Dodd Rd, Spartanburg, SC 29303<br>800 N. 75th Ave, Phoenix, AZ 85043-2101,<br>7817 Greenbriar Road, Madison AL 35756<br>4930 Allbaugh Drive, Sacramento, CA 95837<br>16920 W. Commerce Drive, Goodyear, AZ   85338<br>2496 W. Walnut Ave, Rialto, CA 92376<br>188 mountain House Parkway, Tracy, CA 95377 | Employees of Amazon | Air purifiers, filters | ☐ No<br>☒ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Okaysou Corporation | Case number (if known) 6:23-bk-11535 |
|---|---|---|

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Souxing Information Technology Co., Ltd.**<br>**#56, Ruitian Road, Yuzhong Dist**<br>**Chongqing China**<br>**56** | **Chinese counterpart of the debtor. Entity at one point in control of the debtor with management and operation intertwined with the debtor. entity was in financial control of the Debtor** | EIN:  **unknown**<br><br>From-To  **unknown - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Capital Premier CPA**<br>**3284 E. Lavender Drive,**<br>**Ontario, CA 91762** | **2021 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

| Debtor | Okaysou Corporation | Case number (if known) | 6:23-bk-11535 |
|---|---|---|---|

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hao Ma | 2010 Napoli Ct, # 103 Corona, CA 92881 | Director and Officer of Debtor | 100 |
| Fudong Cao | #56 Ruitian Road, Yuzhong District Chongqing China, 56 | Alleged part owner/officer of the debtor. Debtor does not see any shares issues to Fudong Cao, but Mr. Cao had effectively exercised financial control over debtor's affairs pre-petition | Unknown. There was testimony by Debtor's CEO that Fudong Cao owned 44.6 % interest at some point. |
| Tiansai Pang | #303 Renxing Road, Yubei Dist Chongqing, Ch 303 | Alleged part owner/officer of the debtor. Debtor does not see any shares issues to Tiansai Pang but Mr. Pang held a position of CFO of Debtor | Unknown. There was testimony by Debtor's CEO that Tiansai Pang owned % interest at some point. |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tiansai Pang | #303 Renxing Rd., Yubein District Chongqing, China 303 | Secretary | 03/07/2021 - unknown |
| Fuding Cao | #56, Ruitian Road, Yuzhong Dist Chongqing, China 56 | Chief financial officer | 03/07/2021 - unknown |
| Yan Huang | 603 S. Miliken Ave, Ste G, Ontario, CA 91761 | Director | 03/07/2021 - 10/01/2021 |

| Debtor | Okaysou Corporation | Case number *(if known)* 6:23-bk-11535 |
|---|---|---|

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Souxing Information Technology**<br>**#56, Ruitian Road, Yuzhong Dist,**<br>**Chongqing, China   56** | **$765,000 (at least)** | **04/2022 - 04/2023** | **Withdrawals by Fudong Cao** |
| | **Relationship to debtor**<br>**Affiliated entity in control of Debtor's finances** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☒ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 5, 2023**

**/s/ D. David Mickelson**                                   **D. David Mickelson**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes