Vahe Khojayan  (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us

Attorneys for debtor-in possession
OKAYSOU CORPORATION

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| In re: <br><br> **OKAYSOU CORPORATION** <br><br> Debtor-in-possession | Case Number: 6:23-bk-11535-MH <br><br> Chapter 11 <br><br> **SUPPLEMENTAL DECLARATION OF VAHE KHOJAYAN IN SUPPORT OF APPLICATION TO EMPLOY YK LAW, LLP AS GENERAL BANKRUPTCY COUNSEL** |
|---|---|

I, Vahe Khojayan, declare:

1. I am an attorney duly admitted to practice law in the State of California and before this court.  I am a partner of the law firm of YK Law, LLP, (the "Firm"). I make this supplemental declaration is support of the Firm's application to be employed as general bankruptcy counsel for Okaysou Corporation.  This supplemental declaration is being prepared to address additional concerns raised by the United States Trustee in connection with the Firm's Application.

2. Prior to the filing of this case YK Law, LLP represented Debtor, and Debtor's principal Hao Ma in the case of Arovast Corporation v. Okaysou Corporation, et. al. Filed in

the United Stated District Court Case No. 8:22-cv-01037-MRW ("District Court Case"). That case has been stayed by the filing of the bankruptcy.

3. No pre-petition fees were owed by the Debtor or by Hao Ma to YK Law, LLP.

4. Additionally, YK law, LLP understands that it will need additional employment application to represent Debtor in the District Court Case, should the stay be lifted. YK Law, LLP also acknowledges that it will not be able to represent Hao Ma in the District Court Case in the future.

5. The Firm does not seek Bankruptcy Court authorization of any provisions in the engagement agreement that are not already disclosed and discussed in the underlying application.

6. In the course of filing the initial Change Address or Representation Form for Registration No. 5708262 on May 5, 2023 in connection with Okaysou Corporation's trademark, the form was completed by Michael A DiNardo. The Form was completed online through the Trademark Electronic Application System (TEAS) on the same web browser (Edge) that Mr. DiNardo uses to submit all trademark applications through TEAS. In the course of preparing the May 5, 2023 submission, the Edge browser automatically completed certain fields in the form, including the "Other Appointed Attorney(s)" field and the "Secondary Email Address(es) (Courtesy Copies)" field. As Iain Hill had been designated in these fields for multiple prior submissions, his name was automatically populated and was inadvertently not changed prior to completion.

7. Mr. Hill does not and has never performed any work in connection with the Okaysou trademark registration or any other Okaysou matter while employed at YK Law, LLP. Upon learning that Mr. Hill's name had been submitted in the identified field, Mr. DiNardo promptly submitted an amended Change Address or Representation Form for Registration No. 5708262 on June 8, 2023 that eliminated Mr. Hill's name from both fields.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: 06/16/2023

_____
Vahe Khojayan
Proposed Counsel for Debtor

**SUPPLEMENTAL**
- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**445 S. Figueroa Street, Ste 2280**
**Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __**SUPPLEMENTAL DECLARATION**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **06/21/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)**
abram.s.feuerstein@usdoj.gov
**Everett L Green on behalf of U.S. Trustee United States Trustee (RS)**
everett.l.green@usdoj.gov
**Vahe Khojayan on behalf of Debtor Okaysou Corporation**
vkhojayan@yklaw.us
**Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS)**
Cameron.Ridley@usdoj.gov
**United States Trustee (RS)**
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **06/21/2023**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/21/2023 | **Tina Chenorjoukian** | /s/ Tina Chenorjoukian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| Amazon Capital Services, Inc.<br>PO Box 84837<br>Seattle, WA 98124<br><br>Arovast Corporation<br>c/o Trojan law Offices<br>9250 Wilshire Blvd., Ste 325<br>Beverly Hills, CA 90212<br><br>Cansail Fulfillment<br>13828 Mountain Ave,<br>Chino, CA 91710<br><br>Elekcity Corporation<br>c/o Trojan law Offices<br>9250 Wilshire Blvd., Ste 325<br>Beverly Hills, CA 90212<br><br>Fedex<br>3965 Airways, Module G<br>4th Floor<br>Seattle, WA 98116<br><br>Rexford Industrial<br>11620 Wilshire Blvd, #1000<br>Los Angeles, CA 90025<br><br>UPS<br>PO box 650116<br>Dallas, TX 75265-0116<br><br>Wakool Transport<br>19130 San Jose Ave,<br>Rowland Heights, CA 91748<br><br>WebBank<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219<br><br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Tiansai Pang<br>#303, Renxing Rd., Yubei Dist., Chongqing,<br>China 303<br><br>Souxing Information Technology<br>(Chongqing) Co. Ltd #56, Ruitian Rd.,<br>Yuzhong Dist., Chongqing,<br>China 56<br><br>Fundong Cao<br>#56, Ruitian Rd., Yuzhong Dist., Chongqing,<br>China 56<br><br>Cixi Belian Electrical Appliance<br>NO.28th,Haitong Road<br>,Guanhaiwei Town,CIXI China 28<br><br>Hanking Plastic Manufactory(Shenzhen) Co.,<br>LTD Pingdong Village Pingdi Town<br>Longgang District<br>Shenzhen 518117 China<br><br>Hexathelid Corporation Limited<br>BUILDING1,YONGXIN INDUSTRY<br>PARK, NO.89, 891<br><br>JPMorgan Chase Bank, N.A. s/b/m/t Chase<br>Bank USA, N.A. c/o Robertson, Anschutz,<br>Schneid, & Crane<br>LLP<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 |