Vahe Khojayan (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us

Attorneys for debtor-in possession
OKAYSOU CORPORATION

**FILED & ENTERED**

**JUN 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**OKAYSOU CORPORATION**<br><br>Debtor-in-possession | Case Number: 6:23-bk-11535-MH<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY YK LAW, LLP AS GENERAL BANKRUPTCY COUNSEL** |

The amended application by debtor and debtor-in-possession Okaysou Corporation for authority to employ attorneys YK Law, LLP as legal counsel to represent Debtor in this chapter 11 case was filed on June 2, 2023 ("Application"). The Court having considered the Application [Docket No.23], the Supplemental Declaration filed in support of the Application [Docket No. 30], that the Application has been duly filed and served, no opposition to it having been filed or made, and good cause appearing, hereby APPROVES THE APPLICATION and approves the employment of YK Law, LLP as general counsel for Okaysou Corporation in this Chapter 11 case.

IT IS SO ORDERED.

Date: June 22, 2023

*[signature]*

Mark Houle
United States Bankruptcy Judge

###

**ORDER**
- 1 -