| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>BRANDY A. SARGENT (SBN 292586)<br>K&L Gates LLP<br>One SW Columbia Street, Suite 1900<br>Portland, Oregon 97204<br>Telephone: (503) 226-5735<br>Facsimile: (503) 248-9085<br>E-mail: brandy.sargent@klgates.com<br><br>*Attorney for:* Amazon Capital Services, Inc. | FOR COURT USE ONLY<br> |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Okaysou Corporation<br><br><br><br><br>Debtor(s). | CASE NO.:6:23-bk-11535-MH<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>Plaintiff(s).<br>vs.<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Michael J. Gearin _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Amazon Capital Services, Inc.

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 1                        F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   United States District Court, WA Western, 12/9/1991; United States Bankruptcy Court, WA Western, 12/9/1991
   United States District Court, WA Eastern, 4/9/1997; United States Bankruptcy Court, WA Eastern 4/9/1997

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| USBC Central District | 6:23-bk-10070-WJ | Warner Science Application | 02/02/2023 | Granted 2/2/2023 |

7. I ☐ have ☒ have not  been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




   I ☐ resigned ☐ did not resign  while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):

   Brandy A Sargent

   Name and address of law firm, or residence address:

   K&L Gates LLP
   One SW Columbia Street, Suite 1900, Portland, OR 97204


   Telephone number of law firm: (503) 228-3200

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/27/2023

_Michael J Gearin_
Signature of applicant

Michael J. Gearin
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 10/27/2023

/s/ Brandy A. Sargent
Signature of Designee

Brandy A. Sargent
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016　　　　　　　　　　　　　　　　　　　Page 3　　　　　　　　　　　　　　　F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|------|--------------|-----------|
|      |              |           |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*    Page 5    **F 2090-1.2.APP.NONRES.ATTY**

Generated: Oct 30, 2023 9:34AM                                                                                                   Page 1/1



# U.S. District Court

## California Central - Riverside

Receipt Date: Oct 30, 2023 9:34AM

FIRST LEGAL SERVICES, INC.

Rcpt. No: 361                    Trans. Date: Oct 30, 2023 9:34AM                    Cashier ID: #AP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DCAC224AT002024 /001<br>CENTRAL DISTRICT OF CALIFORNIA | 1 | 500.00 | 500.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #189080 | 10/30/2023 | $500.00 |

Total Due Prior to Payment: $500.00
Total Tendered: $500.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 6:23BK11535-MH Michael J. Gearin K&L Gates LLP One SW Columbia Street, Suite 1900 Portland, OR 97204 503-226-5735

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.