| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>BRANDY A. SARGENT (SBN 292586)<br>K&L Gates LLP<br>One SW Columbia Street, Suite 1900<br>Portland, Oregon 97204<br>Telephone: (503) 226-5735<br>Facsimile: (503) 248-9085<br>E-mail: brandy.sargent@klgates.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Amazon Capital Services, Inc. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| In re:<br><br>OKAYSOU CORPORATION<br><br><br><br><br><br>Debtor(s) | CASE NO.: 6:23-bk-11535-MH<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(B)** |

PLEASE TAKE NOTE that the order titled **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(B)** was lodged on (*date*) October 30, 2023 and is attached. This order relates to the motion which is docket number 110.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**
507183281.1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | 1. FOR COURT USE ONLY |
|---|---|
| BRANDY A. SARGENT (SBN 292586)<br>K&L Gates LLP<br>One SW Columbia Street, Suite 1900<br>Portland, Oregon 97204<br>Telephone: (503) 226-5735<br>Facsimile: (503) 248-9085<br>E-mail: brandy.sargent@klgates.com<br><br>☒ *Attorney for*: Amazon Capital Services, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION**

| In re:<br><br>Okaysou Corporation<br><br><br>Debtor(s) | CASE NO.: 6:23-bk-11535-MH<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒  The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):
Michael Gearin

☒  Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                        F 2090-1.2.ORDER.NONRES.ATTY
507177590.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/30/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **Michael J Gearin**   michael.gearin@klgates.com
- **Everett L Green**   everett.l.green@usdoj.gov
- **Vahe Khojayan**   vkhojayan@yklaw.us
- **Yi Hui Lee**   mlee@yklaw.us
- **Cameron C Ridley**   Cameron.Ridley@usdoj.gov
- **Allan D Sarver**   ADS@asarverlaw.com
- **David B Shemano**   dshemano@shemanolaw.com
- **Raymond Trojan**   trojan@trojanlawoffices.com, shibata@trojanlawoffices.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 30, 2023 | Denise Lentz | /s/ Denise Lentz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**
507183281.1