# UNITED STATES BANKRUPTCY COURT

## CENTRAL  DISTRICT OF  CALIFORNIA

### RIVERSIDE DIVISION

| | | |
|---|---|---|
| In Re. Okaysou Corp | § | Case No.  23-11535 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2023      Petition Date: 04/17/2023

Months Pending: 7      Industry Classification: 5 9 6 1

Reporting Method:      Accrual Basis ⦿      Cash Basis ◯

Debtor's Full-Time Employees (current):      0

Debtor's Full-Time Employees (as of date of order for relief):      1

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☒ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☒ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ David Mickelson      David Mickelson - Chief Restructuring Officer
Signature of Responsible Party      Printed Name of Responsible Party

12/07/2023
Date

Post Office Box 1028 La Canada Flintridge, CA 91012
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Okaysou Corp

Case No.  23-11535

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $22,240 | |
| b.  Total receipts (net of transfers between accounts) | $37,903 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $26,473 | $0 |
| d.  Cash balance end of month (a+b-c) | $33,670 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $26,473 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $0 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory    (Book ○  Market ○  Other ◉   (attach explanation)) | $1,248,594 | |
| d   Total current assets | $33,670 | |
| e.  Total assets | $1,340,940 | |
| f.  Postpetition payables (excluding taxes) | $0 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $0 | |
| k.  Prepetition secured debt | $720,097 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $898,343 | |
| n.  Total liabilities (debt) (j+k+l+m) | $1,618,440 | |
| o.  Ending equity/net worth (e-n) | $-277,500 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

Debtor's Name  Okaysou Corp                                                                    Case No.  23-11535

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Vahe Khojayan | Lead Counsel | $0 | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Okaysou Corp                                                    Case No.  23-11535

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Okaysou Corp                                                     Case No.  23-11535

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | $13,253 | $46,958 | $17,100 | $17,100 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | David Mickelson | Financial Professional | $13,253 | $46,958 | $17,100 | $17,100 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                                5

Debtor's Name Okaysou Corp                                    Case No.  23-11535

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Okaysou Corp                                      Case No. 23-11535

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                         7

Debtor's Name  Okaysou Corp

Case No.  23-11535

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $13,252 | $46,958 | $17,100 | $17,100 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d. Are you current on postpetition tax return filings?   Yes ○   No ◉

e. Are you current on postpetition estimated tax payments?   Yes ○   No ◉

f. Were all trust fund taxes remitted on a current basis?   Yes ○   No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i. Do you have:    Worker's compensation insurance?   Yes ○   No ◉

    If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

    Casualty/property insurance?   Yes ○   No ◉

    If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

    General liability insurance?   Yes ○   No ◉

    If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k. Has a disclosure statement been filed with the court?   Yes ◉   No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ◉

Debtor's Name  Okaysou Corp                                    Case No.  23-11535

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

David Mickelson                                    David Mickelson
_____                    _____
Signature of Responsible Party                     Printed Name of Responsible Party

Chief Restructuring Officer                        09/08/2023
_____                    _____
Title                                              Date

Debtor's Name  Okaysou Corp                                    Case No.  23-11535



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Okaysou Corp

Case No.  23-11535



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Okaysou Corp                                    Case No. 23-11535



PageThree



PageFour

Financial Notes & Budget
Okaysou Corp

October 31, 2023

## I. Okaysou Corp Background

A. On April 17, 2023, the Debtor filed Chapter 11 Bankruptcy.

B. On August 23, 2023, Amazon provided partial access to the Seller Central account.

C. From August 23, 2023 to September 1, 2023, the Debtor had access to the Seller Central account and was able to begin restoring the functionality of the platform.

D. On September 2, 2023, Amazon revoked access to the Seller Central account.

E. On September 12, 2023, Amazon granted full access to the Seller Central account and the Debtor began to restore the functionality of the platform.

F. On September 15, 2023, Okaysou Corp began selling filters (not air purifiers), through the Amazon Seller Central platform.

G. As of October 31, 2023 Amazon disbursed $37,902.44 of funds from sales.

## II. Financial Model Assumptions

A. From October 1, 2023 to October 31, 2023, Okaysou Corp's sales totaled ~ $67,051.

B. From September 15, 2023 to October 14, 2023, Okaysou sales totaled ~ $67,729 vs. 2022 sales of $701,744 a YoY decline of 90.3%; CAD sales totaled $8,641 in the current period. Recent sales are based solely on the sale of filters only.

C. 2022 Amazon sales were based on the sale of air purifiers and filters, hence a higher average unit price of $82.43 vs. $36.03 in 2023.

D. 2022 Amazon units totaled 8,513 vs. 1,880 in 2023.

E. Additionally, over the period from April 18, 2023 to August 20, 2023 sales from US & Canada totaled ~ $1,247,208. There is a second segment of sales through the Shopify FBA platform totaling $485,818 for combined gross sales of $1,733,026.

## III. Six Month Budget

A. Okaysou Corp's short-term budget is based on the following criteria:
   a. Limited product availability from Amazon inventory;
   b. Limited types of products from Amazon's inventory, effectively – only filters;
   c. Access to Can-Sail inventory shipped to Amazon's warehouses;
   d. Potential purchase of new inventory (filters) from China.

## IV. Amazon Disbursements

A.  It should be noted, given the Debtor had no ability to sell inventory from April 17, 2023 to September 14, 2023, though Amazon was selling US and Canadian inventory and at the same time Amazon was fulfilling Shopify sales FBA. During this period Amazon was charging various types of fees. Further, the lack of capital and liquidity from actual unauthorized distributions of $522,364 that could have been used to address inventory deficiencies will inhibit the Debtor's sales on a going forward basis; to date, no disbursements have been made from the Amazon Seller Central account.

B.  Due to the Debtor's lack of access to (i) the Amazon Seller Central account, (ii) product sales via Amazon channels, (iii) Amazon's unauthorized disbursements defined in point IV. A, and (iv) Amazon's withholding funds in lieu of making proper disbursements to the Debtor's estate, product sales will be limited until such time as a reconciliation of all sales and disbursements are made.

## V. Cash Collateral Motion

A.  On August 17, 2023 the Court Granted continued use of Cash Collateral based on the previous July 24, 2023 Order. At that time Amazon was granted an Adequate Protection Payment of $80,381.33.

B.  The Order also requested Amazon disburse $30,000 from the Debtor's Seller Central account – no funds have been received by the Debtor's Estate.

C.  In preparation of the Okaysou Corp's Six Month Budget, a fraction of the Adequate Protection Payment is feasible. In the month of October 2023, the Budget allows a $20,000 payment; each of the successive months the Adequate Protection Payment increases by $5,000. The March 2024 Adequate Protection Payment will total $45,000.

D.  Given the financial background between Okaysou and Amazon over the past six months, an increase in sales is achievable, but it depends on Amazon's disbursement to the Debtor of $522,364 of unauthorized funds to unrelated third-parties; the disbursement of funds to the Debtor should be considered a Recapture of funds or Clawback provision.

E.  Given the Debtor's Operating Cash Flow increases gradually, the source for Adequate Payment Protection will be provided out of the Debtor's Operating Cash Flow and Other Adjustments to Cash Balances as shown Disbursements / Adjustments from the budget.

## VI. Limited Inventory Purchase

A.  To maximize the Debtor's estate and provide an increase in Operating Cash flow, a small amount of inventory of approximately $25,000 will need to be purchased.

B. The rationale is that since Okaysou Corp has sold over ~ $22.5M (based on 1099's), of air purifiers and filters from 2019 through 2022, this modest inventory purchase of filters supports the ongoing operations. In the alternative, if no additional inventory is purchased, there is an assumption that many of the air purifiers will be returned due to the lack of continuing of Okaysou Corp's five year warrantee for the air purifiers.

## VII. Recommendations & Conclusions

*1. Over the past thirty days, the Debtor has reestablished Okaysou Corp's market presence on the Amazon platform.*

*2. The Debtor has significant inventory and A/R's to support operations.*

*3. Third-party inventory needs to be shipped to Amazon's warehouses.*

*4. To further support operations, Amazon needs to disburse unauthorized funds due Debtor's Estate.*

*5. Based on the Proposed Budget, Okaysou Corp's operations will strengthen over the next six months.*

*6. Amazon to provide the Debtor with a reconciliation of cash balances and payments.*

Respectfully Submitted,

David Mickelson
Chief Restructuring Officer under 11 USC 363
Case #: 6:23-bk-11535

**Okaysou Corp Financial Disclosure Notes – October 31, 2023**

*Supporting Documentation*

1. During the month of October 2023, the Debtor estate received $37,902.44 from Amazon. Okaysou Corp's sales for the period totaled $67,051.

2. During the month of October 2023, the Debtor estate began disbursing funds to third-party entities.

3. No balance sheet has been prepared, no current financial statements have been provided by the Debtor.

4. The Debtor does not report any Accounts Receivable nor agings.

5. The Debtor does not report any Liability or Payable Agings.

6. A Statement of Capital Assets for 2022 & 2023 has not been provided by the Debtor. Effectively, given the Debtor had not reported any Capital Assets on the 2021 Corporate Tax Returns, it is unlikely that the Debtor has any Capital Assets.

7. Assets may have been sold through Amazon's Seller Central platform.

Part 1.

A. Receipts and Disbursements are under the control of Amazon; therefore the Debtor has no control over this category. Receipts and Disbursements are under the control of Shopify; therefore the Debtor has no control over this category.

Part 2.

A. (a) Accounts Receivable are under control of Amazon. The Debtor has no control or access to proceeds from the Amazon unless disbursed:

(a) Amazon Net Accounts Receivable for the period ending October 31, 2023 are ~

(a) Amazon Net Accounts Receivable for the period ending September 30, 2023 are ~ $877,828.

B. (a) Amazon Net Accounts Receivable for the period ending August 31, 2023 are ~ $860,574.

C. (a) Amazon Net Accounts Receivable for the period ending July 31, 2023 are ~ $860,490.

D.  (a) Amazon Net Accounts Receivable for the period ending June 30, 2023 are ~ $699,950.

E.  (a) Amazon Net Accounts Receivable for the period ending May 31, 2023 are ~ $497,986.

F.  (a) Amazon Net Accounts Receivable for the period ending April 30, 2023 are ~ $181,558.

G.  (a) Shopify Accounts Receivable are under the control of Shopify in Canada but fulfilled through Amazon (FBA). The Debtor has not control or access to proceeds from the Shopify account.

H.  (a) Shopify Gross Accounts Receivable for the period ending October 31, 2023

I.  (a) Shopify Gross Accounts Receivable for the period ending September 30, 2023 are ~ $487,499, but Amazon shipping charges of ~ seven percent (7%) have not been deducted. Additionally, Shopify Capital charges of ~ twenty-five percent ( 25%) have not been deducted from the gross accounts receivable.

J.  (a) Shopify Gross Accounts Receivable for the period ending August 31, 2023 are ~ $485,818, but Amazon shipping charges of ~ seven percent (7%) have not been deducted. Additionally, Shopify Capital charges of ~ twenty-five percent ( 25%) have not been deducted from the gross accounts receivable.

K.  (a) Shopify Gross Accounts Receivable for the period ending August 8, 2023 are ~ $485,818, but the Amazon shipping charges of ~ seven percent (7%) have not been deducted. Additionally, Shopify Capital charges of ~ twenty-five percent (25%) have not been deducted from the gross accounts receivable.

L.  (a) Shopify Gross Accounts Receivable for the period ending July 31, 2023 are ~ $368,694, but the Amazon shipping charges of ~ seven percent (7%) have not been deducted. Additionally, Shopify Capital charges of ~ twenty-five percent (25%) have not been deducted from the gross accounts receivable.

M.  (a) Shopify Gross Accounts Receivable for the period ending June 30, 2023 are ~ $251,570, but the Amazon shipping charges of ~ seven percent (7%) have not been deducted. Additionally, Shopify Capital charges of ~ twenty-five percent (25%) have not been deducted from the gross accounts receivable.

N.  (a) Shopify Gross Accounts Receivable for the period ending May 31, 2023 are ~ $102,200, but the Amazon shipping charges of ~ seven percent (7%) have not been deducted. Additionally, Shopify Capital charges of ~ twenty-five percent (25%) have not been deducted from the gross accounts receivable.

O.  (a) Shopify Gross Accounts Receivable for the period ending April 30, 2023 are ~ $14,124, but the Amazon shipping charges of ~ seven percent (7%) have not

been deducted. Additionally, Shopify Capital charges of ~ twenty-five percent (25%) have not been deducted from the gross accounts receivable.

P.  (a) Summary (A-K) – Amazon Net Accounts Receivable through September 30, 2023 total $877,828. Shopify Gross Accounts Receivable through September 30, 2023 total $487,499 CAD or $353,260 @ an exchange rate of 1.38. The combined Accounts Receivable from Amazon & Shopify total USD of $1,231,088; these Accounts Receivable need to be reconciled to the Amazon's Disbursement Schedule.

Q.  (c) Okaysou Corp 2021 tax return balance sheet reflects inventory as zero. There is contractual inventory (sold by Amazon) held as collateral for the Debtors secured lien – liability. Recent discoveries based on Amazon and Third-Party providers from August 20, 2023 to August 31, 2023 have established additional inventory located in Los Angeles and Riverside County of a range between $600,000 to $800,000. A physical inspection of one Third-Party location has confirmed ~ $400,000 of finished goods inventory (book value), market value is ~ $800,000.

R.  (c) an inventory adjustment of eight-one percent (81%) has been applied against sales during the October 2023 period. Based on October net sales of $67,051, an adjustment of $54,311 has been applied to October 2023 inventory.

S.  (c) an inventory adjustment of eighty-one percent (81%) has been applied against sales during the September 2023 period. Based on September net sales of $36,189, an adjustment of $29,313 has been applied to September 2023 inventory.

T.  (c) an inventory adjustment of eighty-one percent (81%) has been applied against sales during the August 2023 period. Based on August net sales of $122, an adjustment of $99 has been applied to August 2023 inventory.

U.  (c) an inventory adjustment of eighty-one percent (81%) has been applied against sales during the July 2023 period. Based on July net sales of $160,540, an adjustment of $130,037 has been applied to July 2023 inventory.

V.  (c) an inventory adjustment of eighty-one percent (81%) has been applied against sales during the June 2023 period. Based on June net sales of $201,964, an adjustment of $163,590.84 has been applied to June 2023 inventory.

W.  (c) an inventory adjustment of eight-one percent (81%) has been applied against sales during the May 2023 period. Based on May net sales of $316,428, an adjustment of $256,306.68 has been applied to May 2023 inventory.

X.  (c) an inventory adjustment of eighty-one percent (81%) has been applied against sales during the April 2023 period. Based on April net sales of $181,558, an adjustment of $147,061.98 has been applied to April 2023 inventory.

Y. (c) no inventory adjustment has been applied to Shopify sales. Total Shopify sales which are fulfilled via Amazon distribution channels from August 1, 2023 to August 20, 2023 total $117,124. No reporting was received during the period of August 21, 2023 to August 31, 2023

Z. (c) no inventory adjustment has been applied to Shopify sales. Total Shopify sales which are fulfilled via Amazon distribution channels from July 1, 2023 to July 31, 2023 total $117,124.

AA. (c) no inventory adjustment has been applied to Shopify sales. Total Shopify sales which are fulfilled via Amazon distribution channels from April 18, 2023 to June 30, 2023 total $251,570.

Part 4.

A. At this time, no Statement of Operations can be provided. While the Amazon Seller Central platform reported domestic and international gross sales from April 20, 2023 to April 30, 2023 of $263,127 & net sales of $181,558.

B. While the Amazon Seller Central platform reported domestic and international gross sales from May 1, 2023 to May 31, 2023 of $458,592 & net sales of $316,428, no proceeds have been disbursed or received by the Okaysou Corp estate.

C. While the Amazon Seller Central platform reported domestic and international gross sales from June 1, to June 30, 2023 of $292,701 & net sales of $201,964, Amazon sent an unauthorized disbursement of $255,083.13 to Souxing Tech account number 0361.

D. While the Amazon Seller Central platform reported domestic and international gross sales from July 1, 2023 to July 31, 2023 of $232,666 & net sales of $160,540, Amazon sent a series of unauthorized disbursements from April 18, 2023 to July 26, 2023 totaling $267,281.21.

E. While the Amazon Seller Central platform reported domestic and international gross sales from August 1, 2023 to August 20, 2023 of $122 and net sales of $99, Amazon did not disburse any funds during the period.

F. While the Amazon Seller Central platform reported domestic and international gross sales from September 16, 2023 to September 30, 2023 of $36,189, Amazon did not disburse any funds during the period.

G. As of September 2, 2023, 2:00pm PST, Amazon revoked and has locked out the CRO from access to the account. Numerous attempts have been made to understand the rationale, but have been unsuccessful.

H. As of September 14, 2023, Amazon reactivated the account, but security issues remain.

I. Based on forecasted sales from April 18, 2023 to August 31, 2023, the Okaysou Corp estate should have sufficient working capital for operations to preserve its value. Additionally, the company should be profitable.

Part 7.

A. The CRO is in the process of confirming tax and related payments. A request has been made to employ the Debtor's accounting firm to file Federal and State Tax Returns.

B. On October 3, 2023, Capital Premier CPA's efiled Okaysou Corp Federal & State Tax returns; the estate issued check # 104 on October 5, 2023 in the amount of $2,100 for tax services.

C. On September 29, 2023, the estate issued check # 102 for the USTrustees Quarterly fee in the amount of $452.

Sincerely,

David Mickelson
North Cape Advisors
Chief Restructuring Officer under 11 USC 363
Case #: 6:23-bk-11535
okaysoucorp.ddm@gmail.com
818 631-6784

### Okaysou Corp Bank Journal October 1, 2023 to October 31, 2023

| Date | Description | Type | Amount | Credit | Debit | Check # | Balance |
|------|-------------|------|--------|--------|-------|---------|---------|
| 10/31/23 | SHIP SAVING        CITY OF IN | Shipping | (9.69) | | (9.69) | | 33,669.53 |
| 10/31/23 | ZELLE TO MIGUEL BARCO | Office | (350.00) | | (350.00) | | 33,679.22 |
| 10/31/23 | CCD  AMAZON.C5P5CW939 PAY | Deposit | 12,650.36 | 12,650.36 | | | 34,029.22 |
| 10/30/23 | ZELLE TO MIGUEL BARCO | Office | (5.00) | | (5.00) | | 21,378.86 |
| 10/26/23 | CCD  ShipSaving      ACCTVERIFY | Shipping | (0.17) | | (0.17) | | 21,383.86 |
| 10/26/23 | SHIP SAVING        CITY OF IN | Shipping | (11.62) | | (11.62) | | 21,384.03 |
| 10/26/23 | CCD  ShipSaving      ACCTVERIFY | Shipping | 0.12 | 0.12 | | | 21,395.65 |
| 10/26/23 | CCD  ShipSaving      ACCTVERIFY | Shipping | 0.05 | 0.05 | | | 21,395.53 |
| 10/25/23 | DDA CHECK | Accountant | (2,100.00) | | (2,100.00) | 104 | 21,395.48 |
| 10/25/23 | ZELLE TO JACQUELINE SMITH | Insurance | (1,012.85) | | (1,012.85) | | 23,495.48 |
| 10/18/23 | DDA CHECK | NCA | (8,550.00) | | (8,550.00) | 106 | 24,508.33 |
| 10/18/23 | DDA CHECK | US Trustee | (452.00) | | (452.00) | 102 | 33,058.33 |
| 10/17/23 | CCD  AMAZON.COZGWTGPF PA | Deposit | 23,849.01 | 23,849.01 | | | 33,510.33 |
| 10/17/23 | CCD  AMAZON.CH2SYGZMO PA | Deposit | 1,403.07 | 1,403.07 | | | 9,661.32 |
| 10/10/23 | DDA CHECK | Rexford - Rent | (5,301.50) | | (5,301.50) | 103 | 8,258.25 |
| 10/10/23 | CCD  AMAZON.CRLCY2MRV PA | Deposit | 0.01 | 0.01 | | | 13,559.75 |
| 10/2/23 | DDA CHECK | NCA | (8,550.00) | | (8,550.00) | 101 | 13,559.74 |
| 10/2/23 | READYREFRESH WATERSERV | Office | (129.95) | | (129.95) | | 22,109.74 |
| | | | 11,429.84 | 37,902.62 | (26,472.78) | | 22,239.69 |

**BMO**

BMO BANK N.A.                                    350201
P.O.  BOX 94033
PALATINE,   IL   60094-4033

**ACCOUNT   NUMBER:**

Statement Period
10/01/23  TO  10/31/23
IM0099002900000000

90    05646

OKAYSOU CORP                              PAGE      1 OF      2
DEBTOR-IN-POSSESSION
GENERAL ACCOUNT
603 S MILLIKEN AVE STE G
ONTARIO CA  91761-8102

0000

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US
TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC. EQUAL HOUSING
LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMO.COM.

---

# CHECKING ACCOUNTS

---

BMO SIMPLE BUSINESS CKG                      OKAYSOU CORP
ACCOUNT NUMBER       0079169546     (Checking)

---

DEPOSIT ACCOUNT SUMMARY

**Previous  Balance as of September 30, 2023**        **22,239.69**
  6 Deposits                    (Plus)             37,902.62
  12 Withdrawals                (Minus)            26,472.78
**Ending Balance as of    October  31, 2023**         **33,669.53**

Deposits and Other Credits
  Date              Amount    Description
  Oct 10               .01    ACH DEPOSIT
                             CCD  AMAZON.CRLCY2MRV PAYMENTS
  Oct 17            1,403.07  ACH DEPOSIT
                             CCD  AMAZON.CH2SYGZMO PAYMENTS
  Oct 17           23,849.01  ACH DEPOSIT
                             CCD  AMAZON.COZGWTGPF PAYMENTS
  Oct 26               .05    ACH DEPOSIT
                             CCD  ShipSaving        ACCTVERIFY
  Oct 26               .12    ACH DEPOSIT
                             CCD  ShipSaving        ACCTVERIFY
  Oct 31           12,650.36  ACH DEPOSIT
                             CCD  AMAZON.C5P5CW939 PAYMENTS

Withdrawals and Other Debits
  Date              Amount    Description
  Oct 02             129.95   POS PURCHASE          RECORD NO. 315555    CARD NO. 9138
                             READYREFRESH WATERSERV    800 274 5282    CA
  Oct 25            1,012.85  TRANSFER OUT          RECORD NO. P0K09D
                             ZELLE TO JACQUELINE SMITH
  Oct 26              11.62   POS PURCHASE          RECORD NO. 501371    CARD NO. 9138
                             SHIP SAVING              CITY OF INDU    CA
  Oct 26               .17    ACH DEBIT
                             CCD  ShipSaving        ACCTVERIFY
  Oct 30             5.00     TRANSFER OUT          RECORD NO. P0L0DM
                             ZELLE TO MIGUEL BARCO
  Oct 31             350.00   TRANSFER OUT          RECORD NO. P0C07V
                             ZELLE TO MIGUEL BARCO



BMO BANK N.A.                                                350202
P.O.   BOX 94033
PALATINE,   IL   60094-4033

**ACCOUNT   NUMBER:**   █████████

Statement Period
10/01/23  TO  10/31/23
IM0099002900000000

90    05646

OKAYSOU CORP                                   PAGE      2 OF      2

0

---

Oct 31              9.69   POS PURCHASE            RECORD NO. 001888    CARD NO. 9138
                           SHIP SAVING                CITY OF INDU    CA

Checks by Serial Number

| Date | Serial # | Amount | Date | Serial # | Amount |
|------|----------|--------|------|----------|--------|
| Oct 02 | 101 | 8,550.00 | Oct 25 | 104 | 2,100.00 |
| Oct 18 | 102 | 452.00 | Oct 18 | 106 * | 8,550.00 |
| Oct 10 | 103 | 5,301.50 | | | |

* Indicates break in check sequence

Daily Balance Summary

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Sep 30 | 22,239.69 | Oct 25 | 21,395.48 |
| Oct 02 | 13,559.74 | Oct 26 | 21,383.86 |
| Oct 10 | 8,258.25 | Oct 30 | 21,378.86 |
| Oct 17 | 33,510.33 | Oct 31 | 33,669.53 |
| Oct 18 | 24,508.33 | | |

**Important information about your Consumer Overdraft Credit Line Accounts**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Credit Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO, P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.

| TO RECONCILE YOUR CHECKING ACCOUNT | ① OUTSTANDING TRANSACTIONS | | | RECONCILEMENT | |
|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | |
| 1  List and Total all outstanding checks including those still outstanding from previous statements. | | | | ② | |
| | | | | ③ | |
| 2  Enter the "Ending Balance" shown on this statement. | | | | | |
| 3  Add deposits and other credits not shown on this statement. | | | | | |
| 4  Total | | | | | |
| 5  Subtract the total of outstanding checks as determined in Step 1 above. | | | | | |
| 6  This figure should be your checkbook balance. If it does not agree, review the above steps and if necessary, review your checkbook entries. | | | | | |
| | | | | ④ | |
| Date:  09/2023 | | | | ⑤ | |
| | | | | ⑥ | |

G33/ACK 2023/09