Vahe Khojayan  (SBN 261996)
YK LAW, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
Email: vkhojayan@yklaw.us

Attorneys for debtor-in possession
OKAYSOU CORPORATION

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

|  |  |
|---|---|
| In re: | CASE NUMBER: **6:23-bk-11535-MH** |
|  | Chapter 11 |
| **OKAYSOU CORPORATION** | **NOTICE OF FEE APPLICATIONS** |
| Debtor-in-possession | |
|  | ***Hearing*** |
|  | Date:  01/17/2024 |
|  | Time: 11:00AM |
|  | Place: Courtroom 301, 3420 Twelfth Street, Riverside, CA 92501 |

**TO THE ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the Court will conduct a hearing at the above-referenced date and time the court will hold hearings on the fee applications for compensation and reimbursement of expenses ("Applications") filed by the following professionals in the amounts stated.

1.  Name of Applicant (*specify*):  **YK Law, LLP**

    Amount of fees requested: $  **123,253.00**

    Amount of costs requested: $  **1,413.19**

    Period covered by Application (*specify*):  **04/17/2023 – 12/20/2023**

**NOTICE OF FEE APPLICATIONS**
- 1 -

Address of Applicant (*specify*):  **445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071**

Other professional persons retained pursuant to court approval may also seek approval of fees at this hearing, provided that they file and serve their applications in a timely manner.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any opposition to this Motion must (1) be in writing and include all reasons and evidence in support of the opposition, (2) be filed at least fourteen (14) days prior to the hearing on this Motion, and (3) be served on the United States Trustee, Chapter 7 Trustee, and counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the Court may deem the failure of any party to file a timely opposition to this Motion to constitute consent to the granting of the Motion and the relief requested herein.

Dated:  12/27/2023                                        YK Law, LLP


                                                        _____/s/ Vahe Khojayan_____
                                                        Vahe Khojayan, Attorney for
                                                        Okaysou Corporation

---

**NOTICE OF FEE APPLICATIONS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __**NOTICE OF FEE APPLICATIONS**__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __12/27/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)**
**abram.s.feuerstein@usdoj.gov**
**Michael J Gearin on behalf of Interested Party Amazon Capital Services, Inc.: michael.gearin@klgates.com**
**Everett L Green on behalf of U.S. Trustee United States Trustee (RS): everett.l.green@usdoj.gov**
**Vahe Khojayan on behalf of Debtor Okaysou Corporation: vkhojayan@yklaw.us**
**Yi Hui Lee on behalf of Interested Party Party Interested: mlee@yklaw.us**
**Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS): Cameron.Ridley@usdoj.gov**
**Allan D Sarver on behalf of Interested Party Party Interested: ADS@asarverlaw.com**
**David B Shemano on behalf of Creditor Committee Official Committee of Unsecured Creditors**
**dshemano@shemanolaw.com**
**Raymond Trojan on behalf of Interested Party Party Interested: trojan@trojanlawoffices.com,**
**shibata@trojanlawoffices.com**
**United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __12/27/2023__  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/27/2023 | Tina Chenorjoukian | /s/ Tina Chenorjoukian |
|---|---|---|
| Date | Type Name | Signature |

| | |
|---|---|
| Cansail Fulfillment<br>13828 Mountain Ave,<br>Chino, CA 91710 | Tiansai Pang<br>#303, Renxing Rd.,<br>Yubei Dist., Chongqing,<br>China 303 |
| Fedex<br>3965 Airways, Module G<br>4th Floor<br>Seattle, WA 98116 | Souxing Information Technology (Chongqing)<br>Co. Ltd  #56, Ruitian Rd., Yuzhong Dist.,<br>Chongqing, China  56 |
| Rexford Industrial<br>11620 Wilshire Blvd, #1000<br>Los Angeles, CA 90025 | Fundong Cao<br>#56, Ruitian Rd., Yuzhong Dist., Chongqing,<br>China  56 |
| UPS<br>PO box 650116<br>Dallas, TX 75265-0116 | Cixi Belian Electrical Appliance<br>NO.28th,Haitong Road ,Guanhaiwei<br>Town,CIXI China 28 |
| Wakool Transport<br>19130 San Jose Ave,<br>Rowland Heights, CA 91748 | Hanking Plastic Manufactory(Shenzhen) Co.,<br>LTD<br>Pingdong Village Pingdi Town Longgang<br>District Shenzhen 518117 China |
| WebBank<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219 | Hexathelid Corporation Limited<br>BUILDING1,YONGXIN INDUSTRY PARK,<br>NO.89, 891 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>& Crane LLP<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 |

**NOTICE OF FEE APPLICATIONS**

- 4 -

Vahe Khojayan (SBN 261996)
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
vkhojayan@yklaw.us

Applicant YK Law, LLP

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case Number: 6:23-bk-11535-VK |
| | Chapter 7 |
| **OKAYSOU CORPRATION** | **FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP; DECLARATION OF VAHE KHOJAYAN IN SUPPORT.** |
| Debtors-in possession | |
| | Date: 01/17/2024 Time: 11:00AM Place: Courtroom 301, 3420 Twelfth Street, Riverside, CA 92501 |

TO THE HONORABLE MARK HOULE JUDGE OF THE UNITED STATES

BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL

INTERESTED PARTIES:

Debtor's attorney YK Law, LLP ("Applicant") hereby applies to this Court (the

"Application") for an order allowing and approving compensation for legal services rendered and

reimbursement for expenses incurred as general bankruptcy counsel for Debtor in possession

Okaysou Corporation ("Debtor"), during the period of April 18, 2023 – December 20, 2023 (the

"Application Period"). Filed concurrently herewith is the Declaration of Vahe Khojayan in support of the Application, and declaration of David Mickelson.

The Applicant has reviewed the following information and the information is supplied in conformity with the United States Bankruptcy Court, Central District of California, Local Rule 2016-1 and the guidelines of the Office of the United States Trustee.

## I.    SUMMARY OF APPLICATION

a.  <u>Applicant</u>: YK Law, LLP

b.  <u>Type of Service Rendered</u>: General Bankruptcy Counsel

c.  <u>Date of Filing of Chapter 11 Petition</u>: April 17, 2023

d.  <u>Date of Entry of Order Approving Applicant's Employment</u>: June 22, 2023

e.  <u>Date of filing of Last Application for Compensation and/or Reimbursement of Expenses</u>: none.

f.  <u>Total Fees Allowed or Paid to Applicant to Date (Including Retainers and Prior Fee Application)</u>: $30,000 including $1,738 filing fee.

   i.  <u>Retainer Received</u>: Prior to the filing of the case Applicant was paid $30,000.00, including the filing fee of $1,738.00 for Chapter 11 filing. The retainer sum was deposited into Applicant's trust account.
   An amount of $6,650.00 (equal to 13.3 hours of work) was expended pre-petition. The filing fee of $1,738.00 was paid at the time of filing.  An amount of $21,612.00 remains in Applicant's trust account

   ii.  <u>Total requested in Prior Applications</u>: $0.00

   iii.  <u>Total paid Pursuant to Prior Applications</u>: $0.00

   iv.  <u>Total Amount Currently Due but Unpaid Pursuant to Prior Approved Applications</u>: None

   v.  <u>Total Amount Allowed by Reserved Pending Fee Application</u>: None.

g.  <u>Summary of requested fees in the Application</u>: See Chart in Section VI *infra*.

h.  The hourly rates set forth in Exhibit B for Applicant during the Application period is less

    that the same rates charged by such professionals for non-bankruptcy services.

i.  <u>Bonus requested</u>: not applicable.

j.  <u>Total Fee requested in the Application</u>: $123,253.00

k.  <u>Total Expenses Allowed or Paid to Applicant to date</u>: None

l.  <u>Summary of Requested Expense Reimbursement</u>: <u>See</u> Exhibit B.

m.  <u>Total Expenses Requested</u>. $1,413.19

n.  <u>Total Award of fees and Expenses Requested</u>: $124,666.19


## II.    INTRODUCTION AND BACKGROUND

On April 17, 2023 Debtor Okaysou Corporation filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Debtor operated as debtor in possession until December 20, 2023 when the court ordered the case to be converted to chapter 7.  Debtor was a retailer of air purifiers and humidifiers mainly through its Amazon.com store.   Debtor's purpose in entering chapter 11 was to liquidate its inventory.


## III.    SIGNIFICANT EVENTS DURING THE APPLICATION PERIOD

During the Application Period, the Debtor and the Applicant filed for a voluntary Chapter 11 Bankruptcy. In addition to the filing of the petition and subsequent filing of schedules and statements, the Applicant spent the necessary time preparing the 7-day package for the OUST, making motions for use of cash collateral, and interviewing and hiring chief restructuring officer, proposing a plan of reorganization, dealing with a committee of unsecured creditors, secured creditors, and administrative claimants.  Applicant spent a significant amount of time in connection with assisting client with case management and running its business affairs, drafting client's initial compliance, communicating and negotiating with secured creditor, and preparing and prosecuting cash collateral motions.

Additionally, Applicant also analyzed filed claims to prepare any objection to claims as necessary, prepared a disclosure statement and plan and filed by the deadline set by the Court, prepared and filed adversary proceedings against its former insiders and secured creditor for

avoidance and turnover.  Finally, Applicant filed a trademark infringement case against infringing entities run by Debtor's former insiders, and managed to suspend and levy the financial internet based payment processing accounts associated with these entities.

## IV.    RETENTION OF APPLICANT

Prior to the Petition Date Debtor retained Applicant to prepare the petition and to advise the Debtor on preparation for preparations for commencing this chapter 11 case.  Debtor selected the Applicant because it had a considerable experience in the matters of this nature, and was well qualified to represent him as Debtor-in-possession in this case.  Prior to the petition Applicant received $30,000.00 from Debtor. The funds were held in the client trust account. The terms of employment were disclosed to the Court and interested parties. There is no understanding or agreement between Applicant or any other person to share the compensation in this case.

## V.    REQUEST FOR APPROVAL OF PAYMENT OF ALL FEES AND EXPENSES FOR THE APPLICATION PERIOD

With this Application, Applicant requests allowance of fees and expenses in the amount of $ 124,666.19.  Pursuant to Local Rule 2016-1 a brief narrative of the present posture of this case is contained herein. A detailing listing of all time spent is set forth herein.  Exhibit B shows the date the services were rendered the nature of services provided. All services performed were recorded in time increments of one-tenth of an hour.

All expenses, which include out of pocket expenses incurred by Applicant for all matters on behalf of the Debtor during application period, organized by category of expenses, are contained in Exhibit B.   Applicant has made every effort to limit the expenses and to use the most economically efficient means available for accomplishing the tasks for which expenses were incurred. Expenses for Court costs, outside copy costs, computerized legal research, express delivery, travel, and courier services are billed at actual costs. Applicant does not bill for long distance telephone calls.  The use of email has been significant in this case which has reduced the cost of use. Courier, overnighter and facsimile services were necessary when regular mail would not be adequate to complete the task in a timely manner.

//

//

## VI.    MAJOR ACTIVITY CATEGORIES SUMMARY AND DESCRIPTION F SERVICES RENDERED DURING THE APPLICATION PERIOD.

Pursuant to the Guidelines of the OUST, Applicant has segregated its time and expenses into the following categories.

|  | Hours Billed | Amount of Fees |
|---|---|---|
| Asset Disposition / Cash Collateral | 38.7 | $18,325.00 |
| Case Administration | 107.4 | $53,625.00 |
| Claims Administration and Objections | 4.2 | $2,100.00 |
| Fee / Employment Applications | 10.4 | $5,200.00 |
| Financing | 0.0 | 0.0 |
| Meeting of Creditors | 11.7 | $5,650.00 |
| Litigation | 72.4 | $35,125.00 |
| Plan and Disclosure Statement | 14.4 | $7,200.00 |
| TOTAL | 259.20 | $123,253.00 |

Set out below is a narrative explanation pursuant to federal Rule of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016-1, of the services performed by Applicant during the application period. No narrative is provided for those matters where no fees were incurred.

A.  Asset Disposition

Hours expended: 38.7          Fees Requested: $18,325.00

Work in this category included preparing, drafting and prosecuting cash collateral motions, negotiating stipulations for use of cash collateral.

B.  Business Operations:

Hours expended: 0.0              Fees Requested: 0.0

C.  Case Administration

Hours expended: 107.4              Fees Requested: $53,625.00

Applicant recorded time under this category for services related to the

commencement and general administration of the debtor's case, including preparation and

filing of monthly operating reports, advising management on case administration, negotiating

with vendors, dealing with the creditors, ensuring compliance. . Prior to petition date,

applicant advised the debtor of the implications of commencing bankruptcy proceedings and

assisted the debtor with the necessary preparation for filing the petition for relief. Immediately

after the Petition Date, Applicant worked closely with the Debtors to prepare their schedules

and statements in accordance with applicable laws and rules, as well as responding to requests

from the OUST and preparing debtor's 7-day package. As set forth above, Applicant has spent

high amount of fees in connection with working to keep the Debtor compliant in this

bankruptcy. This category also included counseling Debtors regarding general compliance.

This category also includes time expended by Applicant for the Status Conferences, for

attending hearings, and conferences or performing analysis where the issues which cut across

multiple time categories, filing and prosecuting payroll related motions, motions for rejection

of employment contracts.

D.  Claim Administration and Objection

Hours expended: 4.2              Fees Requested: $2,100.00

Applicant recorded time under this category for services related to reviewing proofs

of claim, and review of possible objections to claims and settlement of claims.

E.  Fees/Employment Applications:

Hours Expended: 10.4              Fees Requested: $5,200.00

Applicant recorded time under this category for services related to the preparation of

the Debtors' application to employ the Applicant as General Bankruptcy counsel, and for

preparing and filing application for retention of chief restructuring officer and employment

counsel.

F. Financing:

Hours Expended:  0.0   Fees Requested: $0.00

G. Meeting of Creditors:

Hours Expended: 11.7   Fees Requested: $5,650.00

Applicant recorded time under this category for services related to the attendance at

and preparation for the Meeting of Creditors and initial debtor interview in this matter.

H. Litigation

Hours Expended:  72.4   Fees Requested: $35,125.00

Applicant recorded time under this category filing adversary cases in in these bankruptcy

proceedings Case Nos. 23-01111, and 23-01122 for avoidance of pre and post-petition

transfers against Debtor's former insiders and Amazon, and filing a trademark infringement

claim which managed to freeze the assets of an entity controlled by Debtor's former insider

that was infringing on Debtor's trademarks in the case.  The case was filed in Northern

District of Illinois Case No, 23-16044.


Plan and Disclosure Statement

Hours Expended: 14.4  Fees Requested: $7,200.00

Applicant spent time under this category on preparing disclosure statement and plan that was

file din this case by the deadline set by the Court.


## VII.    FACTORS RELEVANT TO ALLOWANCE OF FEES

### A.  Legal Standard

Bankruptcy Code Section 328 authorizes compensation for professionals rendering

services in connection with a bankruptcy case. Section 328 states that the Court may allow

compensation for the attorney for services performed by the estate.  11 U.S.C. § 328 (2013). The

court may approve any reasonable compensation agreement, including on a retainer and/or

hourly basis. In re Woodcraft Studios, Inc., 464 B.R. 1, 8 (N.D. Cal. 2011). The Court, however,

may deny all compensation, if the attorney holds interest adverse to the estate. 11 U.S.C. §

328(c) (2013).

In this case the Applicant does not hold adverse interest to the estate. All services

provided were reasonable services provided for the bankruptcy estate. Thus, Applicant shall be

compensated in full for fees and expenses incurred.

The Court approved Debtors' application to employ general counsel on June 22, 2023.  If

the Court deems services rendered prior to the approval, unauthorized, the Court should

nonetheless approve fees and expenses incurred in that time period as these services were

necessary and valuable to the estate.  Pursuant to In re Atkins, 69 F.3d 970 (9th Cir. 1995), the

Ninth Circuit Court of Appeals "reaffirmed the long-recognized principle that 'the bankruptcy

courts in this circuit possess the equitable power to approve retroactively a professional's

valuable but unauthorized services." Similarly, in In re Miller, 620 B.R. 637, 643-644 (Bankr.

E.D. Cal. 2020) the Court allowed compensation to special litigation counsel reasonable,

necessary and beneficial services that counsel provided to chapter 7 trustee and the estate prior to

approval of employment.  Similarly, in In re Benitez, 2020 WL 1272258 *2 (Bankr. E.D.N.Y.

Mar. 13, 2020) the court noted that "[N]either the Code nor the Rules preclude an award of

"reasonable compensation" or reimbursement for "actual, necessary expenses" pursuant to

section 330 for services rendered prior to an order approving retention of the professional. The

only temporal requirement in the Code and Rules is that a professional must have been retained

pursuant to section 327 to successfully obtain a court award of compensation. Simply stated, a

professional must be retained as required by the statute, but once having been retained, the

bankruptcy court is free to compensate him for services rendered to the estate at any time, pre

and post-court approval, in accordance with section 330 of the Code."

In this case, the services provided between before June 22, 2023 were reasonable,

necessary and valuable to the estate.  During that time period, Applicant spent time, filing

employment application, attending the initial debtor interview and the 341(a) hearing, submitting

compliance packets to the United States Trustee, filing monthly operating reports, use cash

collateral, and dealing with creditors concerning turnover of estate assets.   Without these

services, the chapter 11 case would not be able to move forward and would most likely be dismissed for lack of compliance with UST requirements. Additionally, the services focused mostly on Debtors' compliance to ensure that Debtors maintained their debtor in possession status and continued to discharge their duties as debtors in possession. Additionally, any litigation services provided by Applicant, especially those concerning the prosecution and filing of the trademark infringement case filed in the Northern District of Illinois were necessary and beneficial to the estate, as through that lawsuit Applicant was able to freeze assets of infringing parties, and suspend sales of air purifiers that infringing on trademarks owned by the Debtor.

### VIII.    SOURCES OF PAYMENT OF ALLOWED FEES AND EXPENSES

Applicant is currently holding a retainer of $21,612.00. The remaining balance will be paid by the Debtor or Chater 7 trustee from available funds in the estate.

### IX.    CONCLUSION

WHEREFORE, Applicant requests that the Court enter an order as follows:

1. Approving the Application of Applicant and awarding Applicant a as first interim payment of fees, compensation of $123,253.00 and reimbursement of expenses of $1,413.19

2. That Applicant may immediately release to Applicant's operating account, the remaining $21,612.00 currently being held in Applicant's client trust account.

3. Granting such other relief as is just and proper.

Dated:  12/27/2023          By: _____

                                      Vahe Khojayan
                                      YK LAW, LLP

                                      Applicant

## DECLARATION OF VAHE KHOJAYAN

1.  I am an attorney at law, licensed to practice before all of the court in the State of California and in the United States District Court for the Central District of California.  I have personal knowledge of the facts stated herein and called to testify as to those facts, I could and would competently do so.

2.  The First Interim Application for Compensation and Reimbursement of Expenses ("Application") submitted by Applicant for April 17, 2023 through January 31, 2023 (the "Application Period") complies with the guidelines of the Office of the United States Trustee (the "OUST"). I have reviewed this Application and it complies with LBR 2016-1.

3.  The Application accurately reflects the services rendered and expenses incurred by the Applicant during the Application Period.

4.  Neither I, nor any member of my firm have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to the Applicant with any other person or entity, except as among the members of the Applicant. The Applicant has strived to provide legal services to Debtor Valentina Papazian in the most cost-efficient method, while maintaining the high quality of service expected from and provide by the Applicant.

5.   The Applicant believes the billing rates charged for its professional services are reasonable and commensurate with the rates charged by similarly-qualified professionals providing similar services.

6.  Prior to the filing of the case Applicant was paid $30,000, for Chapter 11 filing. The retainer sum was deposited into our firm's trust account.  An amount of $6,650.00 (equal to 13.3 hours of work) was expended pre-petition. The filing fee was paid at the time of filing. An amount of $21,612.00 remains in the trust account.

7.  The firm's attorney's services are billed at $500.00 per hour for partners and $250 per hour for associates.

8.   Attached hereto as Exhibit A, is the resume of attorneys who worked on the case.

9.  Attached hereto as Exhibit B is a detailed listing showing the date the services were rendered, the nature of the services, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered.

10. All services performed were recorded in time increments of one-tenth of an hour.

11. All expenses, which include out of pocket expenses incurred by Applicant for all matters on behalf of the Debtor during application period, organized by category of expenses, are contained in Exhibit B.

12. In this case, the services provided between before June 22, 2023  were reasonable, necessary and valuable to the estate.  During that time period, Applicant spent time, filing employment application, attending the initial debtor interview and the 341(a) hearing, submitting compliance packets to the United States Trustee, filing monthly operating reports, use cash collateral, and dealing with creditors concerning turnover of estate assets.

13. Without these services, the chapter 11 case would not be able to move forward and would most likely be dismissed for lack of compliance with UST requirements.  Additionally, the services focused mostly on Debtors' compliance to ensure that Debtors maintained their debtor in possession status and continued to discharge their duties as debtors in possession. Additionally, any litigation services provided by Applicant, especially those concerning the prosecution and filing of the trademark infringement case filed in the Northern District of Illinois were necessary and beneficial to the estate, as through that lawsuit Applicant was able to freeze assets of infringing parties, and suspend sales of air purifiers that infringing on trademarks owned by the Debtor,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true correct and complete.

Dated:  12/27/2023                          By: _____

                                              Vahe Khojayan

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**445 S. Figueroa Street, Ste 2280, Los Angeles, CA 90071**

A true and correct copy of the foregoing document entitled:   **FIRST  AND FINAL  APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **12/27/2023**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)**
**abram.s.feuerstein@usdoj.gov**
**Michael J Gearin on behalf of Interested Party Amazon Capital Services, Inc.: michael.gearin@klgates.com**
**Everett L Green on behalf of U.S. Trustee United States Trustee (RS): everett.l.green@usdoj.gov**
**Vahe Khojayan on behalf of Debtor Okaysou Corporation: vkhojayan@yklaw.us**
**Yi Hui Lee on behalf of Interested Party Party Interested: mlee@yklaw.us**
**Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS): Cameron.Ridley@usdoj.gov**
**Allan D Sarver on behalf of Interested Party Party Interested: ADS@asarverlaw.com**
**David B Shemano on behalf of Creditor Committee Official Committee of Unsecured Creditors**
**dshemano@shemanolaw.com**
**Raymond Trojan on behalf of Interested Party Party Interested: trojan@trojanlawoffices.com,**
**shibata@trojanlawoffices.com**
**United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **12/272023**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **12/27/2023** | **Tina Chenorjoukian** | **/s/ Tina Chenorjoukian** |
| *Date* | *Printed Name* | *Signature* |

Cansail Fulfillment
13828 Mountain Ave,
Chino, CA 91710

Fedex
3965 Airways, Module G
4th Floor
Seattle, WA 98116

Rexford Industrial
11620 Wilshire Blvd, #1000
Los Angeles, CA 90025

UPS
PO box 650116
Dallas, TX 75265-0116

Wakool Transport
19130 San Jose Ave,
Rowland Heights, CA 91748

WebBank
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Tiansai Pang
#303, Renxing Rd.,
Yubei Dist., Chongqing,
China 303

Souxing Information Technology (Chongqing)
Co. Ltd  #56, Ruitian Rd., Yuzhong Dist.,
Chongqing, China  56

Fundong Cao
#56, Ruitian Rd., Yuzhong Dist., Chongqing,
China  56

Cixi Belian Electrical Appliance
NO.28th,Haitong Road ,Guanhaiwei
Town,CIXI China 28

Hanking Plastic Manufactory(Shenzhen) Co.,
LTD
Pingdong Village Pingdi Town Longgang
District Shenzhen 518117 China

Hexathelid Corporation Limited
BUILDING1,YONGXIN INDUSTRY PARK,
NO.89, 891

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

# EXHIBIT A

Vahe Khojayan, Esq.


## EDUCATION

Loyola Law School, Los Angeles JD 2008
Yerevan State University, BA 2002

## LEGAL MEMBERSHIPS

American Bar Association,
Real Property and Business Law Sections
State Bar of California
Los Angeles County Bar Association

## JUDICIAL VENUES

Admitted to United States District Courts in Central and Southern Districts and all courts in the State of California.

## LEGAL EXPERIENCE

Mr. Khojayan's practice of law emphasizes litigation in both State civil court and Federal Bankruptcy court on behalf of debtors and small businesses.  Mr. Khojayan has represented Debtors in various Chapter 7, 11 and 13 matters in the Bankruptcy Courts in Central and Southern Districts of California. Mr. Khojayan has represented both individual and institutional clients in Chapter 11 proceedings, and has significant experience in helping debtors reorganize through bankruptcy process.

 Mr. Khojayan has successfully represented small businesses and individuals in contract disputes, fraud actions, real estate disputes and title litigation in California State Courts.  His cases include successfully representing custom made automobile exporters against manufacturers, and property developers against contractors.

Michael DiNardo, Esq.

Biography

Michael's practice focuses on Intellectual Property matters, as well as related litigation, entertainment, and media matters. He studied Chemical Engineering in his undergraduate program at Virginia Tech and obtained his law degree from The John Marshall Law School in Chicago, Illinois. Michael's patent practice covers diverse technology fields, including chemical processing, petroleum processing, biodiesel processing, medical devices, electrical devices, combustion engines and compressors, and related mechanical devices.

Michael is registered to practice law in California and Virginia. He is also a registered patent attorney with the United States Patent and Trademark Office. In his litigation practice, Michael has represented clients in state and federal trial courts across the country, the Ninth Circuit and Federal Circuit Courts of Appeal, as well as before the Patent Trial and Appeal Board, and the Trademark Trial and Appeal Board. Michael also represents clients in arbitration, mediation, and private negotiation matters to resolve disputes or consummate business relationships.

Practice Areas
Entertainment & Media
Intellectual Property
Litigation & Dispute Resolution


Education
The John Marshall Law School, Chicago, Illinois
J.D. - 1997
Virginia Polytechnical Institute and State University (Virginia Tech)
BS ChE - 1994

Bar Admissions
Virginia, 1997
California, 2001
U.S. Patent and Trademark Office, 1998

Professional Associations
American Bar Association
American Intellectual Property Law Association

Published Works
"IP Law Insights – Enforcing Your Company's IP – Restraining Orders and Preliminary Injunctions" ExecSense, Inc. ·2013
"Design Patents – Apple v. Samsung" – Co-Presented with Mark D. Nielsen – San Fernando Valley Bar Association – Feb 2013
"Intellectual Property and Your Business – Entrepreneurial Training" – Pacific Asian Consortium in Employment (PACE) – Periodic presentations 2009 through 2013
Range Road Music, Inc. v. East Coast Foods, Inc., 668 F.3d 1148 (9th Cir 2012)
CB Worldwide, Inc. v. Xena Express, Inc., 2009 U.S. Dist. LEXIS 94225 (CA CD, 2009)
Oatey Co. v. IPS Corp., 665 F.Supp.2d 830 (OH ND, 2009)
Royal Pet Inc. v. Edwards, 2005 U.S. Dist. LEXIS 20863 (MND, 2005)
Cerveceria Modelo S.A. de C.V. v. R.B. Marco & Sons Inc. (TTAB) 55 USPQ2d 1298, June 13, 2000
Winner International Royalty Corp. v. Wang, (CAFC) 202 F. 3d 1340, January 27, 2000
Star

# EXHIBIT B

Invoice #100635



| Contact | Okaysou Corporation (Compa | | Invoice # | 100635 |
|---|---|---|---|---|
| Matter | [Okaysou] Chapter 11 | | Invoice Date | 📅 04/30/2023 |
| Address | | | Payment Terms | |
| | | | Due Date | 📅 |
| | | | Automated Reminders | ✅ ❓ |
| | | | Status | Sent |

☑ Filter by date range    From: 📅 04/01/2023    to 📅 04/30/2023

**Online Payments:**    🔘✖    Choose deposit location (Recommended)
Your account is already setup to deposit online payments. Turn this on to provide your clients with the simplest way to pay online - no login required. Learn More    Deposit online payments to:    Select a bank account

## 💼 [Okaysou] Chapter 11 (01418-23)

### Time Entries 🗑

| Date | EE | Employee | Activity 👁 | Time Entry Notes | Rate | Hours | Line Total | Non Billable |
|---|---|---|---|---|---|---|---|---|
| 04/18/2023 | MD | Michael DiNardo | Case Administration | Conference with Vahe re preparation of bankruptcy petition; review CA Secretary of State records re same | 500.00 | 0.5 | 250.00 | ☐ |
| 04/21/2023 | HL | Henry Li | Case Administration | Attending to calls w/ Client; Internal discussion w/ VK; re. closing of Chase account and transfer of fund to DIP account. | 500.00 | 0.5 | 250.00 | ☐ |
| 04/24/2023 | HL | Henry Li | Case Administration | Attending a con-call w/ Client and VK. | 500.00 | 0.6 | 300.00 | ☐ |
| 04/26/2023 | HL | Henry Li | Case Administration | Attending two calls w/ Henry; Attending a call and messages w/ John explaining the procedure. | 500.00 | 0.8 | 400.00 | ☐ |
| ➕ Add Time Entry Line | | | | [Okaysou] Chapter 11 totals: | | 2.4 | $1,200.00 | |

### Expenses 🗑

| Date | EE | Employee 👁 | Expense | Expense Notes | Cost | Quantity | Line Total | Non Billable |
|---|---|---|---|---|---|---|---|---|
| 04/19/2023 | JW | Jiahao Wu | Service of Process Fee | Serve Amazon Registry Services, Inc. on April 19 via ABCLegal | 85.00 | 1.00 | 85.00 | ☐ |
| ➕ Add Expense | | | | [Okaysou] Chapter 11 expense total: | | | $85.00 | |

## Invoice Totals

| | |
|---|---|
| Time Entry Sub-Total: | $1,200.00 |
| Expense Sub-Total: | $85.00 |
| **Sub-Total:** | $1,285.00 |
| | $0.00 |
| **Balance Forward:** | $0.00 |
| **Total:** | $1,285.00 |

**Terms & Conditions**

**Notes** (will be shared with clients)

*No contacts from this company are linked to this case.*

*Once shared, you will have the option of sending reminders to clients.

Cancel     Save Invoice

Invoice #100799

| | | |
|---|---|---|
| Contact | 🔍 Okaysou Corporation (Compa | |
| Matter | [Okaysou] Chapter 11 ⌄ | |
| Address | | |

| | |
|---|---|
| Invoice # | 100799 |
| Invoice Date | 📅 05/31/2023 |
| Payment Terms | ⌄ |
| Due Date | 📅 |
| Automated Reminders | ✅ ❓ |
| Status | Sent ⌄ |

☑ Filter by date range    From: 📅 04/01/2023    to 📅 05/31/2023

**Online Payments:** ✅

**This invoice can accept payments**
Get paid directly without requiring a login. It is recommended that you keep payments on.

Deposit online payments to: ⌄

☐ Mark as Credit Payment

## 💼 [Okaysou] Chapter 11 (01418-23)

### Time Entries 🗑

| Date | EE | Employee | Activity 🖉 | Time Entry Notes | Rate | Hours | Line Total | Non Billable |
|---|---|---|---|---|---|---|---|---|
| 04/17/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | Communication with client and banks re opening of DIP accounts | 500.00 | 1.2 | 600.00 | ☐ |
| 04/18/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | Continued discussion with Bank re DIP accounts | 500.00 | 1.0 | 500.00 | ☐ |
| 04/18/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | Work on compliance packet | 500.00 | 2.5 | 1,250.00 | ☐ |
| 04/19/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | review of court orders setting Status Conf. | 500.00 | 0.2 | 100.00 | ☐ |
| 04/20/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | Communication with Amazon re seller's accounts | 500.00 | 0.3 | 150.00 | ☐ |
| 04/21/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | Continue work on compliance | 500.00 | 3.0 | 1,500.00 | ☐ |
| 04/24/2023 | VK ⌄ | Vahe Khojayan ⌄ | Meeting of Creditors | Review of IDI notice and compliance email | 500.00 | 0.2 | 100.00 | ☐ |
| 04/24/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | Finalize initial compliance items | 500.00 | 2.5 | 1,250.00 | ☐ |
| 04/28/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | Work on completion of schedules | 500.00 | 5.5 | 2,750.00 | ☐ |
| 05/04/2023 | VK ⌄ | Vahe Khojayan ⌄ | Meeting of Creditors | Attend IDI | 500.00 | 0.8 | 400.00 | ☐ |
| 05/04/2023 | ML ⌄ | Michelle Lee Yi Hui ⌄ | Meeting of Creditors | Attended IDI. | 250.00 | 0.8 | 200.00 | ☐ |
| 05/08/2023 | HL ⌄ | Henry Li ⌄ | Case Administration | Attending a call w/ VK; Attending to a call w/ Henry re. Cansail receiving Amazon verification postcard; Preparing a warning ltr to Cansail. | 500.00 | 1.2 | 600.00 | ☐ |
| 05/10/2023 | VK ⌄ | Vahe Khojayan ⌄ | Claims ⌄ | Review of claims field in the case | 500.00 | 1.0 | 500.00 | ☐ |
| 05/10/2023 | VK ⌄ | Vahe Khojayan ⌄ | Case Administration | call and subsequent email with UST re John Cao | 500.00 | 0.3 | 150.00 | ☐ |

| Date | EE | Employee | Activity | Description | Rate | Hours | Line Total | NB |
|------|-----|----------|----------|-------------|------|-------|-----------|-----|
| 05/12/2023 | HL | Henry Li | Case Administration | ...a letter to be sent to inquiries of potential creditors of Okaysou; Attending a call w/ Client; Discussion w/ VK. | 500.00 | 1.2 | 600.00 | ☐ |
| 05/12/2023 | VK | Vahe Khojayan | Claims | Review of additional claims filed in the case | 500.00 | 0.5 | 250.00 | ☐ |
| 05/16/2023 | ML | Michelle Lee Yi Hui | Case Administration | Filing Courtesy NEF | 250.00 | 0.3 | 75.00 | ☐ |
| 05/16/2023 | VK | Vahe Khojayan | Case Administration | Prepare status report in the case | 500.00 | 1.5 | 750.00 | ☐ |
| 05/17/2023 | VK | Vahe Khojayan | Meeting of Creditors | 341(a) hearing | 500.00 | 5.1 | 2,550.00 | ☐ |
| 05/17/2023 | VK | Vahe Khojayan | Case Administration | Email and call with Potential CRO candidate | 500.00 | 0.5 | 250.00 | ☐ |
| 05/17/2023 | HL | Henry Li | Meeting of Creditors | Attending 341(a) hearing. | 500.00 | 3.5 | 1,750.00 | ☐ |
| 05/17/2023 | HL | Henry Li | Case Administration | Attending a call with H. Ma. Reviewing previous deposition transcripts. | 500.00 | 1.0 | 500.00 | ☐ |
| 05/25/2023 | MD | Michael DiNardo | Case Administration | Conference with Vahe re status of bankruptcy and discovery from patent infringement case | 500.00 | 0.6 | 300.00 | ☑ |
| 05/30/2023 | VK | Vahe Khojayan | Case Administration | CMC hearing | 500.00 | 1.0 | 500.00 | ☐ |
| 05/31/2023 | TC | Tina Chenorjoukian | Mailing | Prep outgoing mail (Notice of CRO Application). | 90.00 | 2.0 | 180.00 | ☐ |
| 05/31/2023 | VK | Vahe Khojayan | Case Administration | Phone call with D. Mickelson re financials of the company | 500.00 | 0.5 | 250.00 | ☐ |
| ＋ Add Time Entry Line | | | | [Okaysou] Chapter 11 totals: | | 37.6 | $17,705.00 | |

## Expenses 🗑

| Date | EE 🚫 | Employee 🚫 | Expense | Expense Notes | Cost | Quantity | Line Total | Non Billable |
|------|-----|----------|---------|---------------|------|----------|-----------|--------------|
| 05/31/2023 | TC | Tina Chenorjoukian | Mailing | USPS | 66.15 | 1.00 | 66.15 | ☐ |
| ＋ Add Expense | | | | [Okaysou] Chapter 11 expense total: | | | $66.15 | |

## Invoice Totals

| | |
|---|---|
| Time Entry Sub-Total: | $17,705.00 |
| Expense Sub-Total: | $66.15 |
| **Sub-Total:** | $17,771.15 |
| | $0.00 |
| **Balance Forward:** | $0.00 |
| **Total:** | $17,771.15 |

**Terms & Conditions**

**Notes** (will be shared with clients)



Invoice #101259

| Contact | Okaysou Corporation (Compa | | Invoice # | 101259 |
|---|---|---|---|---|
| Matter | [Okaysou] Chapter 11 | | Invoice Date | 09/30/2023 |
| Address | | | Payment Terms | |
| | | | Due Date | |
| | | | Automated Reminders | (toggle on) |
| | | | Status | Sent |

Filter by date range   From: 05/01/2023   to 09/30/2023

**Online Payments:** (toggle on)

This invoice can accept payments
Get paid directly without requiring a login. It is
recommended that you keep payments on.

Deposit online payments to: (CALIFORNIA) Operating - 2...

☐ Mark as Credit Payment

## 💼 [Okaysou] Chapter 11 (01418-23)

### Time Entries

| Date | EE | Employee | Activity | Time Entry Notes | Rate | Hours | Line Total | Non Billable |
|---|---|---|---|---|---|---|---|---|
| 05/10/2023 | VK | Vahe Khojayan | Case Administration | Call with Amazon Counsel M. Gearing re cash collateral and case | 500.00 | 0.2 | 100.00 | ☐ |
| 05/11/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Finalize employment application and file with the court | 500.00 | 0.6 | 300.00 | ☐ |
| 05/11/2023 | VK | Vahe Khojayan | Case Administration | Discussion re suspending Shopify accounts with client | 500.00 | 0.3 | 150.00 | ☐ |
| 05/12/2023 | VK | Vahe Khojayan | Case Administration | follow up email to Amazon counsel re cash collateral stip and access to accounts | 500.00 | 0.1 | 50.00 | ☐ |
| 05/17/2023 | VK | Vahe Khojayan | Case Administration | Follow up with M. Garing re cash collateral stip | 500.00 | 0.1 | 50.00 | ☐ |
| 05/19/2023 | VK | Vahe Khojayan | Case Administration | Emails with Amazon's counsel re access to account and other bk matters | 500.00 | 0.3 | 150.00 | ☐ |
| 05/24/2023 | VK | Vahe Khojayan | Case Administration | Discussion with potential CRO candidate re position | 500.00 | 0.3 | 150.00 | ☐ |
| 05/24/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Email and analysis of UST positions re Employment application | 500.00 | 0.5 | 250.00 | ☐ |
| 05/26/2023 | VK | Vahe Khojayan | Case Administration | prepare MOR for April | 500.00 | 0.5 | 250.00 | ☐ |
| 05/26/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Work on CRO application | 500.00 | 2.5 | 1,250.00 | ☐ |
| 05/26/2023 | VK | Vahe Khojayan | Cash Collateral | Review of initial draft of cash collateral stip | 500.00 | 0.4 | 200.00 | ☐ |
| 05/26/2023 | VK | Vahe Khojayan | Case Administration | emails to Amazon's counsel re account access | 500.00 | 0.1 | 50.00 | ☐ |

| 05/27/2023 | VK | Vahe Khojayan | Case Administration | Mickelson re company's finances and steps moving forward. | 500.00 | 1.5 | 750.00 | ☐ |
| 05/28/2023 | VK | Vahe Khojayan | Case Administration | review of analysis prepared by D. Mickelson re finances and transfers | 500.00 | 0.3 | 150.00 | ☐ |
| 05/30/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Finalize and file CRO application | 500.00 | 0.5 | 250.00 | ☐ |
| 05/30/2023 | VK | Vahe Khojayan | Case Administration | Discuss additional findings re finances with CRO D. Mickelson | 500.00 | 0.5 | 250.00 | ☐ |
| 05/30/2023 | VK | Vahe Khojayan | Case Administration | email with Amazon counsel re inventory and account status, discussion with client | 500.00 | 0.3 | 150.00 | ☐ |
| 05/31/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Prepare amended employment application per UST concerns | 500.00 | 1.0 | 500.00 | ☐ |
| 05/31/2023 | VK | Vahe Khojayan | Case Administration | Emails from Landlord re rent payments | 500.00 | 0.2 | 100.00 | ☐ |
| 05/31/2023 | VK | Vahe Khojayan | Cash Collateral | Discussion with client and Emails with Amazon counsel re cash collateral stip | 500.00 | 0.2 | 100.00 | ☐ |
| 06/01/2023 | VK | Vahe Khojayan | Case Administration | review of emails and analysis provided by D. Mickelson re company's finances | 500.00 | 0.5 | 250.00 | ☐ |
| 06/02/2023 | MD | Michael DiNardo | Case Administration | Review and revise amended declarations and disclosures; conference with Vahe re same | 500.00 | 0.8 | 400.00 | ☐ |
| 06/02/2023 | VK | Vahe Khojayan | Case Administration | Emails with client re amazon still shipping product | 500.00 | 0.3 | 150.00 | ☐ |
| 06/02/2023 | VK | Vahe Khojayan | Case Administration | Work on amended Schedules A and B and SFA | 500.00 | 2.5 | 1,250.00 | ☐ |
| 06/02/2023 | VK | Vahe Khojayan | Claims | Prepare notice of claims bar date in the case | 500.00 | 0.3 | 150.00 | ☐ |
| 06/02/2023 | VK | Vahe Khojayan | Cash Collateral | discussions re Cash collateral with Amazon counsel | 500.00 | 0.2 | 100.00 | ☐ |
| 06/05/2023 | VK | Vahe Khojayan | Case Administration | Discussion with client and Email to Amazon's counsel re accounts still shipping goods from third party sales. | 500.00 | 0.2 | 100.00 | ☐ |
| 06/06/2023 | VK | Vahe Khojayan | Case Administration | Emails with E. Shibata/J. Trojan re schedules. | 500.00 | 0.2 | 100.00 | ☐ |
| 06/09/2023 | VK | Vahe Khojayan | Cash Collateral | Email to Amazon re cash collateral stip | 500.00 | 0.2 | 100.00 | ☐ |
| 06/10/2023 | VK | Vahe Khojayan | Case Administration | review of new analysis by D. Mickelson re case and status of finances | 500.00 | 0.4 | 200.00 | ☐ |
| 06/12/2023 | HL | Henry Li | Case Administration | Attending a call w/ Henry Ma. | 500.00 | 0.3 | 150.00 | ☐ |
| 06/12/2023 | VK | Vahe Khojayan | Case Administration | Discussion with client and email to M. Gearin / Amazon inventory being sold through third parties and fulfilled by Amazon. | 500.00 | 0.3 | 150.00 | ☐ |
| 06/16/2023 | HL | Henry Li | Case Administration | Attending a call w/ Henry Ma; discussion w/ VK. | 500.00 | 0.5 | 250.00 | ☐ |

| 06/16/2023 | MD | Michael DiNardo | Case Administration | ...records correction and prepare statement re same | 500.00 | 0.3 | 150.00 | ☐ |
| 06/16/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Emails/call with UST and prepare supplemental declaration per UST comments in support of employment App | 500.00 | 1.5 | 750.00 | ☐ |
| 06/20/2023 | VK | Vahe Khojayan | Meeting of Creditors | Email form UST re rescheduled 341(a) meeting discussion with client re next steps | 500.00 | 0.2 | 100.00 | ☐ |
| 06/21/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Prepare declaration re non oppositions and orders re employment applications | 500.00 | 0.8 | 400.00 | ☐ |
| 06/23/2023 | TC | Tina Chenorjoukian | Case Administration | Correspondence w/ VK / Prep all outgoing mail (service) | 90.00 | 1.6 | 144.00 | ☐ |
| 06/23/2023 | VK | Vahe Khojayan | Cash Collateral | Follow up email re cash collateral stip with to Amazon | 500.00 | 0.1 | 50.00 | ☐ |
| 06/27/2023 | VK | Vahe Khojayan | Case Administration | Call and email with A. Sarver re rent payments to landlord | 500.00 | 0.3 | 150.00 | ☐ |
| 06/27/2023 | VK | Vahe Khojayan | Cash Collateral | Prepare cash collateral motion and accompanying notices | 500.00 | 3.5 | 1,750.00 | ☐ |
| 06/29/2023 | VK | Vahe Khojayan | Cash Collateral | prepare notice of errata re cash collateral motion | 500.00 | 0.5 | 250.00 | ☐ |
| 06/29/2023 | VK | Vahe Khojayan | Cash Collateral | prepare notices of hearing and statement re cash collateral | 500.00 | 0.5 | 250.00 | ☐ |
| 07/07/2023 | MD | Michael DiNardo | Case Administration | Conference with Vahe re status of BK and Arovast/Etekcity proposal for two positions on panel; review corporate disclosure from district court filing | 500.00 | 0.6 | 300.00 | ☐ |
| 07/07/2023 | VK | Vahe Khojayan | Cash Collateral | Emails with M.Gearin re cash collateral stip. | 500.00 | 0.2 | 100.00 | ☐ |
| 07/10/2023 | TC | Tina Chenorjoukian | Case Administration | Correspondence w/ VK regarding rush service. | 90.00 | 0.2 | 16.50 | ☐ |
| 07/10/2023 | TC | Tina Chenorjoukian | Case Administration | Call w/ Michael Rodgers (SoCal Legal Service) / e-mail detailed instructions regarding service. | 90.00 | 0.4 | 31.50 | ☐ |
| 07/10/2023 | ML | Michelle Lee Yi Hui | Hearing | Prep for Cash Collateral Hearing. | 250.00 | 2.3 | 575.00 | ☐ |
| 07/11/2023 | ML | Michelle Lee Yi Hui | Attend/Hearing | Attended hearing on Motion to Use Cash Collateral. | 250.00 | 1.8 | 450.00 | ☐ |
| 07/18/2023 | VK | Vahe Khojayan | Cash Collateral | prepare cash collateral order | 500.00 | 0.5 | 250.00 | ☐ |
| 07/24/2023 | VK | Vahe Khojayan | Case Administration | Emails with Amazon counsel re account turnover | 500.00 | 0.2 | 100.00 | ☐ |
| 07/26/2023 | VK | Vahe Khojayan | Case Administration | Email with Amazons counsel re account access | 500.00 | 0.4 | 200.00 | ☐ |
| 07/27/2023 | VK | Vahe Khojayan | Case Administration | Calls between DDM and Amazon, and emails re account access | 500.00 | 0.5 | 250.00 | ☐ |

| Date | | Initials | | Name | | Category | | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/2023 | | HL | ▼ | Henry Li | ▼ | Case Administration | | Case Administration two years offer of sale on okaysou.com. | 500.00 | 0.7 | 350.00 | ☐ |
| 07/31/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Case Administration | | Emails with Amazon counsel re account access and difficulties | 500.00 | 0.3 | 150.00 | ☐ |
| 08/02/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Case Administration | | Discussion with DDM and email to Amazons re inability to gain access o account | 500.00 | 0.3 | 150.00 | ☐ |
| 08/04/2023 | | HL | ▼ | Henry Li | ▼ | Case Administration | | Attending a call w/ Client. Case update. Call w/ VK. | 500.00 | 0.5 | 250.00 | ☐ |
| 08/11/2023 | | HL | ▼ | Henry Li | ▼ | Case Administration | | Attending a call w/ Client. Correspondence w/ VK. | 500.00 | 1.0 | 500.00 | ☐ |
| 08/14/2023 | | MD | ▼ | Michael DiNardo | ▼ | Case Administration | | Correspondence with Vahe and Henry re John operating Atomee Corp and new OKSOU trademark application | 500.00 | 0.5 | 250.00 | ☐ |
| 08/14/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Case Administration | | Checking with DDM re amazon access, follow up communications with Amazon re problems. | 500.00 | 0.5 | 250.00 | ☐ |
| 08/16/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Case Administration | | Attempts to access Amazon account with DDM, emails to amazon re problems. | 500.00 | 0.6 | 300.00 | ☐ |
| 08/18/2023 | | MD | ▼ | Michael DiNardo | ▼ | Case Administration | | Conference with Vahe re objection to duplicative claims from Etekcity and Arovast; Legal research re defenses to patent infringement claim as basis for objection to BK claim; outline and draft insertion to objection brief | 500.00 | 1.8 | 900.00 | ☐ |
| 08/18/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Case Administration | | Prepare declaration of DDM, review Amazon representative's declaration, re account access, work with DDM and confirm access to account | 500.00 | 1.2 | 600.00 | ☐ |
| 08/21/2023 | | TC | ▼ | Tina Chenorjoukian | ▼ | Service | ▼ | Drop off a check to Allan Sarver. | 90.00 | 1.5 | 135.00 | ☐ |
| 08/21/2023 | | MD | ▼ | Michael DiNardo | ▼ | Case Administration | | Draft insert to claim objection based on challenge to patent infringement claim and dual-party standing | 500.00 | 1.6 | 800.00 | ☐ |
| 08/21/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Case Administration | | Discussion with D. Mickelson re bank account update, emails to amazon counsel re problems. | 500.00 | 0.4 | 200.00 | ☐ |
| 08/23/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Case Administration | | Call with M. Gearin/amazon re status of access next steps | 500.00 | 0.2 | 100.00 | ☐ |
| 08/24/2023 | | TC | ▼ | Tina Chenorjoukian | ▼ | Case Administration | | Correspondence w/ Michael Rodgers from SoCal Legal Services regarding payment. Online payment form completed. | 90.00 | 0.4 | 31.50 | ☐ |
| 08/24/2023 | | HL | ▼ | Henry Li | ▼ | Case Administration | | Taking Client's call. | 500.00 | 0.2 | 100.00 | ☐ |
| 08/29/2023 | | MD | ▼ | Michael DiNardo | ▼ | Case Administration | | Conference with Vahe re objection to duplicative claims from Etekcity and Arovast; Legal research re defenses to patent infringement claim as basis for objection to BK claim; draft insertion to objection memorandum | 500.00 | 3.2 | 1,600.00 | ☐ |
| 09/01/2023 | | VK | ▼ | Vahe Khojayan | ▼ | Employment/Fee Applications | | Review and files statement of fees incurred by Debtor's CRO | 500.00 | 0.4 | 200.00 | ☐ |

| Date | EE | Employee | | Description | | Cost | Quantity | Line Total | Non Billable |
|------|-----|----------|---|-------------|---|------|----------|------------|---|
| 09/01/2023 | VK | Vahe Khojayan | Employment/Fee Applications | objection to application of Creditors committee counsel | | 500.00 | 2.3 | 1,150.00 | ☐ |
| 09/05/2023 | VK | Vahe Khojayan | Case Administration | emails with D. Mickelson re monthly reports | | 500.00 | 0.5 | 250.00 | ☐ |
| 09/05/2023 | VK | Vahe Khojayan | Case Administration | prepare motion to dissolve the committee | | 500.00 | 3.5 | 1,750.00 | ☐ |
| 09/05/2023 | VK | Vahe Khojayan | Employment/Fee Applications | Review of UST opposition to UCC employment application | | 500.00 | 0.3 | 150.00 | ☐ |
| 09/06/2023 | VK | Vahe Khojayan | Case Administration | Emails with client re amazon account data | | 500.00 | 0.6 | 300.00 | ☐ |
| 09/06/2023 | VK | Vahe Khojayan | Case Administration | Communication with DDM re payment of rents | | 500.00 | 0.3 | 150.00 | ☐ |
| 09/06/2023 | VK | Vahe Khojayan | Case Administration | emails from DDM re Shopify accounts | | 500.00 | 0.2 | 100.00 | ☐ |
| 09/08/2023 | VK | Vahe Khojayan | Case Administration | Discussion with DDM re case, finances and payments to creditors | | 500.00 | 0.2 | 100.00 | ☐ |
| 09/11/2023 | HL | Henry Li | Case Administration | Responding to H.Ma's question. | | 500.00 | 0.5 | 250.00 | ☐ |
| 09/13/2023 | VK | Vahe Khojayan | Case Administration | Emails and discussion re Souxing selling counterfeit products, next steps | | 500.00 | 0.3 | 150.00 | ☐ |
| 09/13/2023 | VK | Vahe Khojayan | Claims | Analyze claim objections, review client comments on claims 6-8 | | 500.00 | 2.5 | 1,250.00 | ☐ |
| 09/17/2023 | VK | Vahe Khojayan | Case Administration | review email update re Amazon sales and data | | 500.00 | 0.3 | 150.00 | ☐ |
| 09/18/2023 | VK | Vahe Khojayan | Case Administration | Review and file MORs in the case | | 500.00 | 0.5 | 250.00 | ☐ |
| 09/18/2023 | VK | Vahe Khojayan | Case Administration | review of opposition to dissolve committee by UCC | | 500.00 | 0.5 | 250.00 | ☐ |
| 09/19/2023 | VK | Vahe Khojayan | Case Administration | Review of opposition to dissolve committee filed by UST | | 500.00 | 0.3 | 150.00 | ☐ |
| 09/19/2023 | VK | Vahe Khojayan | Case Administration | Work on status report for upcoming status conference | | 500.00 | 0.8 | 400.00 | ☐ |
| 09/22/2023 | VK | Vahe Khojayan | Case Administration | Review of email updates provided by DDM | | 500.00 | 0.5 | 250.00 | ☐ |
| 09/26/2023 | VK | Vahe Khojayan | Case Administration | Attend status conference in the case | | 500.00 | 1.6 | 800.00 | ☐ |
| 09/26/2023 | VK | Vahe Khojayan | Case Administration | reply to UCC/UST oppositions to motion to dissolve | | 500.00 | 3.2 | 1,600.00 | ☐ |
| 09/28/2023 | VK | Vahe Khojayan | Cash Collateral | Email to Amazons counsel re cash collateral stip | | 500.00 | 0.2 | 100.00 | ☐ |
| 09/29/2023 | VK | Vahe Khojayan | Case Administration | Emails from Amazon and DDM re account access problems. | | 500.00 | 0.5 | 250.00 | ☐ |
| ➕ Add Time Entry Line | | | | [Okaysou] Chapter 11 totals: | | | 68.4 | $31,483.50 | |

## Expenses

🗑

| Date | EE 🚫 | Employee 🚫 | Expense | Expense Notes | Cost | Quantity | Line Total | Non Billable |
|------|-----|----------|---------|---------------|------|----------|------------|---|

| 06/23/2023 | TC | Tina Chenorjoukian | Mail | Print & USPS | 28.64 | 1.00 | 28.64 | ☐ |
| 06/27/2023 | JW | Jiahao Wu | Shipping/Mailing/Postage | FedEx overnight service shipped out on June 27. | 14.60 | 1.00 | 14.60 | ☐ |
| 06/29/2023 | JW | Jiahao Wu | Shipping/Mailing/Postage | USPS | 0.60 | 16.00 | 9.60 | ☐ |
| 07/10/2023 | TC | Tina Chenorjoukian | Service | Service w/ Michael SoCal Legal Services. | 100.00 | 1.00 | 100.00 | ☐ |

+ Add Expense

[Okaysou] Chapter 11 expense total: $152.84

## Invoice Totals

| | |
|---|---|
| Time Entry Sub-Total: | $31,483.50 |
| Expense Sub-Total: | $152.84 |
| **Sub-Total:** | $31,636.34 |
| | $0.00 |
| **Balance Forward:** | $0.00 |
| **Total:** | $31,636.34 |

**Terms & Conditions**

**Notes** (will be shared with clients)

Invoice #101543

Contact: Okaysou Corporation (Compa

Matter: [Okaysou] Chapter 11

Address:

Invoice #: 101543

Invoice Date: 12/20/2023

Payment Terms:

Due Date:

Automated Reminders: ✅ ❓

Status: Sent

☐ Filter by date range   From: 📅   to 📅

**Online Payments:** ✅

**This invoice can accept payments**
Get paid directly without requiring a login. It is recommended that you keep payments on.

Deposit online payments to:

☐ Mark as Credit Payment

## 📁 [Okaysou] Chapter 11 (01418-23)

### Time Entries

| Date | EE | Employee | Activity | Time Entry Notes | Rate | Hours | Line Total | Non Billable |
|------|-----|----------|----------|------------------|------|-------|-----------|--------------|
| 10/03/2023 | VK | Vahe Khojayan | Case Administration | attend hearings in re UCC employment applications and dissolve committee motions. | 500.00 | 3.8 | 1,900.00 | ☐ |
| 10/04/2023 | VK | Vahe Khojayan | Case Administration | Emails and discussion with client re cash collateral, budget | 500.00 | 0.5 | 250.00 | ☐ |
| 10/05/2023 | VK | Vahe Khojayan | Cash Collateral | Prepare draft cash collateral order, email to Amazon counsel | 500.00 | 0.8 | 400.00 | ☐ |
| 10/06/2023 | VK | Vahe Khojayan | Case Administration | Review of communications between Amazon and DM re Amazon Store bank account, etc. | 500.00 | 0.4 | 200.00 | ☐ |
| 10/09/2023 | VK | Vahe Khojayan | Case Administration | Review of order denying motion to dissolve committee | 500.00 | 0.2 | 100.00 | ☐ |
| 10/11/2023 | VK | Vahe Khojayan | Meeting of Creditors | Attend 341 Meeting | 500.00 | 0.4 | 200.00 | ☐ |
| 10/11/2023 | VK | Vahe Khojayan | Cash Collateral | Follow up email communication with Amazon counsel re cash collateral | 500.00 | 0.1 | 50.00 | ☐ |
| 10/12/2023 | VK | Vahe Khojayan | Case Administration | Review of timekeeper logs for Okaysou | 500.00 | 0.3 | 150.00 | ☐ |
| 10/12/2023 | VK | Vahe Khojayan | Case Administration | Review of emails between DM and Amazon re bank information | 500.00 | 0.2 | 100.00 | ☐ |
| 10/12/2023 | VK | Vahe Khojayan | Disclosure Statement and Plan | Work on disclosure and plan, review financials, projections, etc. | 500.00 | 2.5 | 1,250.00 | ☐ |
| 10/13/2023 | VK | Vahe Khojayan | Disclosure Statement and Plan | Work on Disclosure Statement and Plan | 500.00 | 5.5 | 2,750.00 | ☐ |
| 10/16/2023 | VK | Vahe Khojayan | Disclosure Statement and Plan | Continue work on disclosure statement and Plan, finalize. | 500.00 | 6.4 | 3,200.00 | ☐ |
| 10/17/2023 | VK | Vahe Khojayan | Case Administration | Discussion with client re Cansail, inventory turnover | 500.00 | 0.4 | 200.00 | ☐ |

| Date | | Timekeeper | | Category | | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2023 | VK | Vahe Khojayan | | Cash Collateral | | Review of Amazons re of cash collateral stip | 500.00 | 0.2 | 100.00 | ☐ |
| 10/20/2023 | VK | Vahe Khojayan | | Case Administration | | Emails from DM re case administration, lease, taxes, cash collateral | 500.00 | 0.3 | 150.00 | ☐ |
| 10/24/2023 | VK | Vahe Khojayan | | Cash Collateral | | Finalize cash collateral stipulation, | 500.00 | 0.3 | 150.00 | ☐ |
| 10/24/2023 | VK | Vahe Khojayan | | Case Administration | | Review of emails between DM and Amazon concerning changes to the account, | 500.00 | 0.5 | 250.00 | ☐ |
| 10/24/2023 | VK | Vahe Khojayan | | Case Administration | | Communication with DM re Cansail, next steps, release of inventory | 500.00 | 0.3 | 150.00 | ☐ |
| 10/24/2023 | VK | Vahe Khojayan | | Cash Collateral | | Prepare motion to use cash collateral application shortening time, and related filings. | 500.00 | 4.7 | 2,350.00 | ☐ |
| 10/25/2023 | VK | Vahe Khojayan | | Case Administration | | Review of august Timekeeper logs by Mickleson | 500.00 | 0.2 | 100.00 | ☐ |
| 10/25/2023 | VK | Vahe Khojayan | | Case Administration | | Communication with DM re inventory, Cansail and next steps, status of stip | 500.00 | 0.3 | 150.00 | ☐ |
| 10/27/2023 | VK | Vahe Khojayan | | Cash Collateral | | Prepare and email notice of cash collateral hearing | 500.00 | 0.8 | 400.00 | ☐ |
| 10/30/2023 | VK | Vahe Khojayan | | Case Administration | | Communications with DM re vacating the property, assets, and September MOR. | 500.00 | 0.4 | 200.00 | ☐ |
| 10/30/2023 | VK | Vahe Khojayan | | Claims | | Review of IRS claims filed in the case | 500.00 | 0.5 | 250.00 | ☐ |
| 10/30/2023 | VK | Vahe Khojayan | | Case Administration | | Discussion with DM and follow up email with UST re amending schedules and statements | 500.00 | 0.6 | 300.00 | ☐ |
| 10/30/2023 | VK | Vahe Khojayan | | Case Administration | | Communications with client re next steps, status of negotiations with Cansail, inventory levels. | 500.00 | 0.6 | 300.00 | ☐ |
| 10/31/2023 | VK | Vahe Khojayan | | Cash Collateral | | Attend cash collateral hearings | 500.00 | 4.0 | 2,000.00 | ☐ |
| 10/31/2023 | VK | Vahe Khojayan | | Meeting of Creditors | | Attend meeting of creditors | 500.00 | 0.2 | 100.00 | ☐ |
| 10/31/2023 | VK | Vahe Khojayan | | Case Administration | | Review and file August and September MORs | 500.00 | 0.7 | 350.00 | ☐ |
| 11/01/2023 | HL | Henry Li | | Case Administration | | Attending a call w/ Client re. Cansail payment issue; scheduling issue; Amazon issue; etc. Confer with VK. | 500.00 | 1.0 | 500.00 | ☐ |
| 11/01/2023 | VK | Vahe Khojayan | | Cash Collateral | | Prepare cash collateral order, send for review by | 500.00 | 0.5 | 250.00 | ☐ |
| 11/01/2023 | VK | Vahe Khojayan | | Case Administration | | Emails and call with UCC counsel regarding case, cash collateral order future avoidance actions. | 500.00 | 0.3 | 150.00 | ☐ |
| 11/01/2023 | VK | Vahe Khojayan | | Litigation | | Work on adversary complaint against Cao, Souxing | 500.00 | 4.3 | 2,150.00 | ☐ |
| 11/02/2023 | VK | Vahe Khojayan | | Cash Collateral | | Review Amazons comments on Cash collateral order. | 500.00 | 0.2 | 100.00 | ☐ |

| 11/02/2023 | VK | Vahe Khojayan | Litigation | [illegible] avoidance claim filed with the court | 500.00 | 4.9 | 2,450.00 | ☐ |
| 11/03/2023 | ML | Michelle Lee Yi Hui | Litigation | Researched into issues concerning Motion for Alternative Service. | 250.00 | 4.3 | 1,075.00 | ☐ |
| 11/06/2023 | VK | Vahe Khojayan | Cash Collateral | Finalize and lodge order re cash collateral. | 500.00 | 0.3 | 150.00 | ☐ |
| 11/06/2023 | VK | Vahe Khojayan | Case Administration | Communication with DM re Amazon, Cansail and expired lease for Ontario | 500.00 | 0.3 | 150.00 | ☐ |
| 11/08/2023 | VK | Vahe Khojayan | Cash Collateral | Prepare motion for use of cash collateral, w/o Amazon stipulation | 500.00 | 3.3 | 1,650.00 | ☐ |
| 11/09/2023 | VK | Vahe Khojayan | Case Administration | Email from A. Sarver e rent payment for expired lease, discussion with DM. | 500.00 | 0.3 | 150.00 | ☐ |
| 11/10/2023 | VK | Vahe Khojayan | Claims | review of claim by FedEx filed in the case | 500.00 | 0.2 | 100.00 | ☐ |
| 11/13/2023 | VK | Vahe Khojayan | Case Administration | Discussion with client re: Cansail negotiations, cash collateral order, and next steps | 500.00 | 0.5 | 250.00 | ☐ |
| 11/17/2023 | VK | Vahe Khojayan | Cash Collateral | Review of objection by Amazon to cash collateral motion | 500.00 | 1.5 | 750.00 | ☐ |
| 11/21/2023 | VK | Vahe Khojayan | Case Administration | Prepare status report in the case | 500.00 | 0.8 | 400.00 | ☐ |
| 11/22/2023 | VK | Vahe Khojayan | Cash Collateral | Prepare reply to opposition to use cash collateral | 500.00 | 3.8 | 1,900.00 | ☐ |
| 11/22/2023 | VK | Vahe Khojayan | Cash Collateral | Review of response by UCC to cash collateral motion | 500.00 | 0.7 | 350.00 | ☐ |
| 11/28/2023 | VK | Vahe Khojayan | Case Administration | Review and file September MOR | 500.00 | 0.5 | 250.00 | ☐ |
| 11/28/2023 | VK | Vahe Khojayan | Cash Collateral | Attend cash collateral hearing and case management conference | 500.00 | 3.8 | 1,900.00 | ☐ |
| 11/29/2023 | VK | Vahe Khojayan | Case Administration | Communications with client and Cansail re stipulation for release of inventory | 500.00 | 0.2 | 100.00 | ☐ |
| 12/01/2023 | VK | Vahe Khojayan | Case Administration | Review updates by DM re amazon disbursements, | 500.00 | 0.2 | 100.00 | ☐ |
| 12/04/2023 | VK | Vahe Khojayan | Case Administration | Review/analyze motion by UCC to convert case or appoint a chapter 11 trustee | 500.00 | 1.5 | 750.00 | ☐ |
| 12/05/2023 | VK | Vahe Khojayan | Case Administration | Review of UST notice of deficiency re compliance | 500.00 | 0.2 | 100.00 | ☐ |
| 12/05/2023 | VK | Vahe Khojayan | Case Administration | Review and approve stipulation with Rexford | 500.00 | 0.5 | 250.00 | ☐ |
| 12/05/2023 | VK | Vahe Khojayan | Case Administration | Discussion with client, and prepare stipulation for release of inventory to cansail. | 500.00 | 1.5 | 750.00 | ☐ |
| 12/05/2023 | VK | Vahe Khojayan | Meeting of Creditors | Attend 341(a) hearing | 500.00 | 0.5 | 250.00 | ☐ |
| 12/06/2023 | VK | Vahe Khojayan | Case Administration | Revewi fo Amazon's joinder to motion to appoint a trustee/convert | 500.00 | 1.0 | 500.00 | ☐ |

| 12/09/2023 | VK | Vahe Khojayan | Case Administration | ...emails re...account access by DM | 500.00 | 0.3 | 150.00 | ☐ |
| 12/11/2023 | VK | Vahe Khojayan | Case Administration | Opposition to motion to convert or dismiss | 500.00 | 5.5 | 2,750.00 | ☐ |
| 12/11/2023 | VK | Vahe Khojayan | Case Administration | Review of motion filed by Rexfrod re lease deposit. | 500.00 | 0.5 | 250.00 | ☐ |
| 12/11/2023 | VK | Vahe Khojayan | Case Administration | Communication with client and Cansail and revise stipulation for release of inventory | 500.00 | 1.1 | 550.00 | ☐ |
| 12/12/2023 | VK | Vahe Khojayan | Case Administration | Client emails re revenues, and projected inventory levels | 500.00 | 0.5 | 250.00 | ☐ |
| 12/12/2023 | VK | Vahe Khojayan | Case Administration | Review and file MORs, respond to US emails re compliance, | 500.00 | 0.9 | 450.00 | ☐ |
| 12/13/2023 | VK | Vahe Khojayan | Litigation | Work on Complaint against Amazon and Cao entities | 500.00 | 4.0 | 2,000.00 | ☐ |
| 12/13/2023 | VK | Vahe Khojayan | Case Administration | Client communication re inventory levels, liabilities, projected revenues from sales | 500.00 | 0.6 | 300.00 | ☐ |
| 12/14/2023 | VK | Vahe Khojayan | Litigation | Finalize work on Adversary complaint re turnover against Amazon and Cao entities | 500.00 | 1.5 | 750.00 | ☐ |
| 12/15/2023 | VK | Vahe Khojayan | Case Administration | Review /analyze reply filed by UCC re opposition to motion to convert | 500.00 | 0.8 | 400.00 | ☐ |
| 12/15/2023 | VK | Vahe Khojayan | Cash Collateral | Preparation of motion for approval of stipulations with Cansail, accompanying short notice application | 500.00 | 3.7 | 1,850.00 | ☐ |
| 12/15/2023 | VK | Vahe Khojayan | Case Administration | Call with Gary Guo/cansail re stipulation next events in the case. | 500.00 | 0.4 | 200.00 | ☐ |
| 12/18/2023 | VK | Vahe Khojayan | Case Administration | Review of additional declaration filed by Amazon re motion to dismiss | 500.00 | 0.4 | 200.00 | ☐ |
| 12/19/2023 | VK | Vahe Khojayan | Case Administration | Attend hearing on case management, cash collateral, dismiss/convert case | 500.00 | 3.5 | 1,750.00 | ☐ |
| + Add Time Entry Line | | | | [Okaysou] Chapter 11 totals: | | 96.9 | $47,375.00 | |

## Expenses

| Date | EE | Employee | Expense | Expense Notes | Cost | Quantity | Line Total | Non Billable |
|------|-----|----------|---------|---------------|------|----------|------------|--------------|
| 10/27/2023 | MD | Michael DiNardo | Research | PACER Court Research | 0.70 | 1.00 | 0.70 | ☐ |
| 10/27/2023 | JW | Jiahao Wu | Mailing | two overnight UPS mail | 25.67 | 2.00 | 51.34 | ☐ |
| 10/27/2023 | JW | Jiahao Wu | Mailing | one overnight ups mail | 17.67 | 1.00 | 17.67 | ☐ |
| 12/18/2023 | JW | Jiahao Wu | Mail | two international mails and four first-class mails | 61.28 | 1.00 | 61.28 | ☐ |
| + Add Expense | | | | [Okaysou] Chapter 11 expense total: | | | $130.99 | |

## Invoice Totals

| | |
|---|---|
| Time Entry Sub-Total: | $47,375.00 |
| Expense Sub-Total: | $130.99 |
| **Sub-Total:** | $47,505.99 |
| | $0.00 |
| **Balance Forward:** | $0.00 |
| **Total:** | $47,505.99 |

**Terms & Conditions**

**Notes** (will be shared with clients)

# Create a New Invoice

From Open Balances | From Scratch

Contact: 🔍 Okaysou Corporation (Compa

Matter: [01652-23] Okaysou v. Partn...

Address:

Invoice #: 101544

Invoice Date: 📅 12/20/2023

Payment Terms: Due on Receipt

Due Date: 📅 12/20/2023

Automated Reminders: ✅ ❓

Status: Unsent

☐ Filter by date range    From: 📅 ___    to 📅 ___

**Online Payments:** ✅

**This invoice can accept payments**
Get paid directly without requiring a login. It is recommended that you keep payments on.

**Deposit online payments to:** Select a bank account

## 💼 [01652-23] Okaysou v. Partnerships Alias NDIL (01652-23)

### Time Entries 🗑

| Date | EE | Employee | Activity 👁 | Time Entry Notes | Rate | Hours | Line Total | Non Billable |
|------|-----|----------|-------------|------------------|------|-------|-----------|--------------|
| 09/29/2023 | MD | Michael DiNardo | Litigation | Conference with VK re suit against infringers in NDIL; research re infringing uses, trademark registration and common law rights; begin preparing initial draft of complaint | 500.00 | 2.2 | 1,100.00 | ☐ |
| 10/03/2023 | MD | Michael DiNardo | Litigation | Draft complaint for infringement by schedule of alias defendants | 500.00 | 2.2 | 1,100.00 | ☐ |
| 10/04/2023 | MD | Michael DiNardo | Litigation | Draft Complaint and supporting papers for sealed-TRO | 500.00 | 2.5 | 1,250.00 | ☐ |
| 10/05/2023 | MD | Michael DiNardo | Litigation | Review and revise complaint for trademark infringement and unfair competition | 500.00 | 1.9 | 950.00 | ☐ |
| 10/06/2023 | MD | Michael DiNardo | Litigation | Draft TRO application papers and compile evidence; evaluate e-commerce platforms and activities of defendants | 500.00 | 2.4 | 1,200.00 | ☐ |
| 10/09/2023 | MD | Michael DiNardo | Litigation | Draft TRO application papers; conference with VK re same and strategy for case | 500.00 | 2.6 | 1,300.00 | ☐ |
| 10/10/2023 | MD | Michael DiNardo | Litigation | Correspondence with Hao Ma re lawsuit against OKSOU | 500.00 | 0.2 | 100.00 | ☐ |
| 10/11/2023 | MD | Michael DiNardo | Litigation | Correspondence with Hao Ma re possibility of infringement suit against use of OKSOU; review Amazon and Shopify stores | 500.00 | 0.6 | 300.00 | ☐ |
| 10/12/2023 | MD | Michael DiNardo | Litigation | Correspondence with Hao re possibility of litigation to stop sales | 500.00 | 0.9 | 450.00 | ☐ |
| 10/18/2023 | MD | Michael DiNardo | Litigation | Review Amazon listings and conference with VK re same | 500.00 | 0.3 | 150.00 | ☐ |
| 10/19/2023 | MD | Michael DiNardo | Litigation | Correspondence with Hao Ma re plan for infringement lawsuit; conference with VK re same | 500.00 | 0.4 | 200.00 | ☐ |

| Date | | Name | | Category | | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2023 | MD | Michael DiNardo | Litigation | | | ...and review remaining of all TRO paperwork for filing | 500.00 | 2.2 | 1,100.00 | ☐ |
| 10/26/2023 | MD | Michael DiNardo | Litigation | | | Review and revise complaint, TRO, sealing motion, and other supporting documents; conference with HL and VK re same; prepare supporting exhibits from Atomee and other commercial platforms and websites | 500.00 | 5.5 | 2,750.00 | ☐ |
| 10/27/2023 | TC | Tina Chenorjoukian | Litigation | | | Correspondence w/ Michael / prep e-mail | 100.00 | 0.2 | 20.00 | ☐ |
| 10/27/2023 | MD | Michael DiNardo | Litigation | | | Review and revise complaint, TRO, and other motions and supporting papers; conference with VK re same; finalize and file application for admission to court in Northern District of Illinois | 500.00 | 3.5 | 1,750.00 | ☐ |
| 11/16/2023 | MD | Michael DiNardo | Litigation | | | Review and revise initial filing papers; conference with VK; attend to initial filing and notice of appearance | 500.00 | 2.0 | 1,000.00 | ☐ |
| 11/16/2023 | VK | Vahe Khojayan | Litigation | | | Finalize and file Complaint, Application for TRO, and related papers, along with Schedule A and Exhibit of Defendant's Actions (under seal); conference with MD | 550.00 | 2.5 | 1,375.00 | ☐ |
| 11/21/2023 | TC | Tina Chenorjoukian | Litigation | | | Call w/ VK and Michael. Research on service for Chicago / ongoing correspondence w/ Gary regarding service / review all documents / prep e-mail with detailed instructions to Gary. | 100.00 | 2.7 | 270.00 | ☐ |
| 11/21/2023 | MD | Michael DiNardo | Litigation | | | Conference and correspondence with TC re service of courtesy papers to Court chambers, research re local practice for Judge Gettleman | 500.00 | 0.6 | 300.00 | ☐ |
| 11/22/2023 | MD | Michael DiNardo | Litigation | | | Correspondence and conference with clerk of court re proposed order for TRO application | 500.00 | 0.5 | 250.00 | ☐ |
| 11/24/2023 | MD | Michael DiNardo | Litigation | | | Review Amazon complaint and Internet listings re allegations of copyright infringement; correspondence with Hao Ma re same and status of TRO in ND Il | 500.00 | 1.1 | 550.00 | ☐ |
| 11/29/2023 | MD | Michael DiNardo | Litigation | | | Conference with VK re response to Amazon and submission to Shopify; research re Amazon ASINs and seller ID; prepare Amazon spreadsheet | 500.00 | 0.8 | 400.00 | ☐ |
| 11/29/2023 | VK | Vahe Khojayan | Litigation | | | Emails and communications with Amazon and other payment processors re TRO and compliance | 550.00 | 0.5 | 275.00 | ☐ |
| 12/04/2023 | MD | Michael DiNardo | Litigation | | | Correspondence with Hao Ma re status of TRO and enforcement through Amazon | 500.00 | 0.3 | 150.00 | ☐ |
| 12/05/2023 | MD | Michael DiNardo | Litigation | | | Review correspondence with Amazon re status; conference with Vahe re same | 500.00 | 0.2 | 100.00 | ☐ |
| 12/07/2023 | MD | Michael DiNardo | Litigation | | | Counsel conference re production of Oksou records from Amazon; correspondence with Hao Ma re update on same | 500.00 | 0.6 | 300.00 | ☐ |

| Date | EE | Employee | | Litigation | | Description | Rate | Hours | Amount | Non Billable |
|------|----|----|--|----|--|----|----|----|----|----|
| 12/08/2023 | VK | Vahe Khojayan | | Litigation | | status / review assets / prepare a motion for extension of TRO, | 550.00 | 4.0 | 2,200.00 | ☐ |
| 12/08/2023 | VK | Vahe Khojayan | | Litigation | | Communications with online providers re restraining order and compliance | 550.00 | 0.5 | 275.00 | ☐ |
| 12/11/2023 | MD | Michael DiNardo | | Litigation | | Attorney conference with VK re service on and production from Amazon, Shopify, and Paypal; review court order re extension of TRO and continuation of telephonic hearing; | 500.00 | 0.6 | 300.00 | ☐ |
| 12/12/2023 | VK | Vahe Khojayan | | Litigation | | Review information provided by third parties re defendant's assets | 550.00 | 0.8 | 440.00 | ☐ |
| 12/18/2023 | TC | Tina Chenorjoukian | | Litigation | | Review task / correspondence w/ VK regarding service / legal research regarding service / call with Northshore Process Service / prep e-mail to Northshore Process Service / Call w/ Bob Rusch regarding service / prep e-mail with instructions / overnight TRO to Bob / complete online payment form / update VK on status/ review completed filing / forward e-mail to VK. Dec 13-Dec18 | 100.00 | 2.6 | 260.00 | ☐ |
| 12/19/2023 | VK | Vahe Khojayan | | Litigation | | Prepare motion for preliminary injunction | 550.00 | 5.5 | 3,025.00 | ☐ |
| ＋ Add Time Entry Line | | | | | | [01652-23] Okaysou v. Partnerships Alias NDIL totals: | | 53.4 | $25,190.00 | |

## Expenses 🗑

| Date | EE 👁 | Employee 👁 | Expense | | Expense Notes | Cost | Quantity | Line Total | Non Billable |
|------|----|----|----|--|----|----|----|----|----|
| 10/27/2023 | MD | Michael DiNardo | General Legal | | IL General Bar Admission - MAD | 188.00 | 1.00 | 188.00 | ☐ |
| 10/27/2023 | TC | Tina Chenorjoukian | Notary | | Notary fee | 15.00 | 1.00 | 15.00 | ☐ |
| 11/16/2023 | MD | Michael DiNardo | General Legal | | USDC Filing Fee - Initial Complaint | 402.00 | 1.00 | 402.00 | ☐ |
| 11/16/2023 | MD | Michael DiNardo | General Legal | | Amazon Expense - Product Order | 187.41 | 1.00 | 187.41 | ☐ |
| 12/19/2023 | TC | Tina Chenorjoukian | Service | | Service fee for filing | 160.00 | 1.00 | 160.00 | ☐ |
| 12/19/2023 | TC | Tina Chenorjoukian | Mail | | UPS Overnight mail | 60.47 | 1.00 | 60.47 | ☐ |
| ＋ Add Expense | | | | | [01652-23] Okaysou v. Partnerships Alias NDIL expense total: | | | $1,012.88 | |

## Adjustments

| Item | Applied To | Type | Notes | Basis | Percentage | Amount | |
|------|----|----|----|----|----|----|--|
| | | | This invoice has no discounts, write-offs or additions | | | | |
| ＋ Add Adjustment | | | | | | | |

## Invoice Totals

| | |
|---|---:|
| Time Entry Sub-Total: | $25,190.00 |
| Expense Sub-Total: | $1,012.88 |
| **Sub-Total:** | $26,202.88 |
| | $0.00 |
| **Total:** | $26,202.88 |

**Terms & Conditions**

**Notes** (will be shared with clients)

## Apply Trust & Credit Funds

### Apply Trust and Credit Funds to this Invoice

Deposit trust/credit balance first and start applying them to pay off the invoice

SHOW TRUST ACCOUNT HISTORY ON INVOICE

SHOW CREDIT ACCOUNT HISTORY ON INVOICE

Okaysou Corporation

Show Trust Account Sum... ▾

Okaysou Corporation

Show Credit Account Sum... ▾

## Payment Plan

◯ DISABLED

## Share Invoice via Client Portal

**Note:** Your client will get a notification email that they now have an invoice available in their portal, with an option to login. If you wish to directly email this invoice as a PDF from MyCase, click the "Share via Email" option on the invoice details view. **What will my client see?**    ✕

| Share | Contact Name | Last Login |
|---|---|---|
| **Okaysou Corporation (Company)** | | |

*No contacts from this company are linked to this case.*

*Once shared, you will have the option of sending reminders to clients.*

Cancel    Save Invoice