David B. Shemano (State Bar No. 176020)
dshemano@shemanolaw.com
SHEMANOLAW
1801 Century Park East, Suite 2500
Los Angeles, CA  90067
Telephone:    (310) 492-5033

Counsel for the Official Committee of Unsecured Creditors

**FILED & ENTERED**

**DEC 28 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig         DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>OKAYSOU CORPORATION,<br><br>   Debtor and Debtor in Possession | Case No. 6:23-bk-11535-MH<br><br>Chapter 11<br><br><br><br>**ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7**<br><br>Hearing:<br>Date:    December 19, 2023<br>Time:    2:00 p.m.<br>Place:   Courtroom 301<br>            3420 Twelfth Street<br>            Riverside, CA 9250 |

The motion of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned case for Okaysou Corporation (the "Debtor") for an order either (1) appointing a chapter 11 trustee, or (2) converting the case to chapter 7 (the "Motion") [Doc 136], came on for hearing before the Court on December 19, 2023, at 2:00 p.m. (the "Hearing"). Appearances were made as reflected in the record of the Hearing.

Amazon Capital Services, Inc., and Amazon.com Services, LLC (collectively, "Amazon") filed a Joinder to the Motion [Doc 140]. The Debtor filed an Opposition to the Motion [Doc 145]. The Committee filed a Reply in support of the Motion [Doc 150]. Amazon separately filed the Declaration of Michael J. Gearin regarding the Motion [Doc 153].

After consideration of the Motion, Joinder, Opposition, Reply, and Gearin Declaration, and the arguments of counsel at the Hearing, and for the reasons set forth on the record at the Hearing, it is hereby

**ORDERED THAT:**

A. The bankruptcy case of Okaysou Corporation, Case No. 6:23-bk-11535-MH, is hereby converted from chapter 11 to chapter 7 pursuant to 11 U.S.C. § 1112(b).

B. The Debtor's and debtor in possession's authority to use cash collateral is terminated effective December 19, 2023.

C. Within 14 days of the date of this Order, the Debtor's current debtor in possession must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

D. Within 30 days of the date of this Order, the Debtor's current debtor in possession must file and transmit to the United States Trustee a final report and account.

E. Upon request, the Debtor's current debtor in possession must turn over to the chapter 7 trustee all records and property of the estate in its custody and control.

F. Within 14 days of the date of this Order, the Debtor's current debtor in possession must file the statements and schedules required by FRBP 1019(1)(A) and 1007, if such

documents have not already been filed.

###

Date: December 28, 2023

Mark Houle
United States Bankruptcy Judge