1  R. Joseph Trojan, CA Bar No. 137,067
   trojan@trojanlawoffices.com
2  Dylan C. Dang, CA Bar No. 223,455
   dang@trojanlawoffices.com
3  Emi Shibata, CA Bar No. 275,069
   shibata@trojanlawoffices.com

4  TROJAN LAW OFFICES
   9250 Wilshire Blvd., Suite 325
5  Beverly Hills, CA  90212
   Tel: 310-777-8399; Fax: 310-777-8348
6  Attorneys for Unsecured Creditors,
   Etekcity Corporation and Arovast Corporation

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-11535-MH |
| OKAYSOU CORPORATION, | Hon. Mark D. Houle |
| Debtor. | Chapter 7 |
| | **ETEKCITY CORPORATION AND AROVAST CORPORATION'S JOINDER TO UNITED STATES TRUSTEE'S LIMITED OBJECTION TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP** |
| | Hearing: |
| | Date:   January 17, 2024 |
| | Time:   11:00 A.M. |
| | Place:  Courtroom 301 |
| |         3420 Twelfth Street |
| |         Riverside, CA 92501 |

TROJAN LAW OFFICES
BEVERLY HILLS

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, APPLICANT, AND ALL PARTIES-IN-INTEREST:**

Unsecured creditors **Etekcity Corporation and Arovast Corporation** ("**Etekcity and Arovast**") hereby submit this Joinder (the "**Joinder**") to the *UNITED STATES TRUSTEE'S LIMITED OBJECTION TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP* (Dkt. No. 165, the "**Limited Objection**").

Etekcity and Arovast support the Limited Objection and agree that the *FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP* (the "**Fee Application**") and all related deadlines should be continued for at least 120 days to allow the appointed Chapter 7 Trustee an opportunity to assess the bankruptcy case, and the reasonableness of the requested compensation.

Furthermore, Etekcity and Arovast agree that the continuance of the hearing will also provide additional notice and opportunity for other Chapter 11 administrative claimants, such as the attorney for the Official Committee of Unsecured Creditors, to file their fee applications[1], as well as time for the Chapter 7 Trustee to pursue various litigation claims as appropriate.

Respectfully submitted,

Dated: January 3, 2024

/s/ R. Joseph Trojan
R. Joseph Trojan
Attorney for Unsecured Creditors
Etekcity Corporation and
Arovast Corporation

---

[1] Etekcity and Arovast counsel conferred with Mr. David Shemano, the attorney for the Official Committee of Unsecured Creditors ("**UCC Counsel**"), on December 28, 2023, and he advised that he will not be filing a fee application at this time because it is premature to do so.