R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Emi Shibata, CA Bar No. 275,069
shibata@trojanlawoffices.com

TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Tel: 310-777-8399; Fax: 310-777-8348
Attorneys for Unsecured Creditors,
Etekcity Corporation and Arovast Corporation

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>OKAYSOU CORPORATION,<br><br>Debtor. | Case No.: 6:23-bk-11535-MH<br><br>Hon. Mark D. Houle<br><br>Chapter 7<br><br>**ETEKCITY CORPORATION AND AROVAST CORPORATION'S AMENDED JOINDER TO UNITED STATES TRUSTEE'S LIMITED OBJECTION TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP**<br><br>Hearing:<br>Date:  January 17, 2024<br>Time:  11:00 A.M.<br>Place:  Courtroom 301<br>    3420 Twelfth Street<br>    Riverside, CA 92501 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, APPLICANT, AND ALL PARTIES-IN-INTEREST:**

Unsecured creditors **Etekcity Corporation and Arovast Corporation** ("**Etekcity and Arovast**") hereby submit this Joinder (the "**Joinder**") to the *UNITED STATES TRUSTEE'S LIMITED OBJECTION TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP* (Dkt. No. 165, the "**Limited Objection**").

Etekcity and Arovast support the Limited Objection and agree that the *FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP* (the "**Fee Application**") and all related deadlines should be continued for at least 120 days to allow the appointed Chapter 7 Trustee an opportunity to assess the bankruptcy case, and the reasonableness of the requested compensation.

Furthermore, Etekcity and Arovast agree that the continuance of the hearing will also provide additional notice and opportunity for other Chapter 11 administrative claimants, such as the attorney for the Official Committee of Unsecured Creditors, to file their fee applications[1], as well as time for the Chapter 7 Trustee to pursue various litigation claims as appropriate.

Respectfully submitted,

Dated: January 3, 2024

/s/ R. Joseph Trojan
R. Joseph Trojan
Attorney for Unsecured Creditors
Etekcity Corporation and
Arovast Corporatio

---

[1] Etekcity and Arovast counsel conferred with Mr. David Shemano, the attorney for the Official Committee of Unsecured Creditors ("**UCC Counsel**"), on December 28, 2023, and he advised that he will not be filing a fee application at this time because it is premature to do so.

TROJAN LAW OFFICES
BEVERLY HILLS

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

Trojan Law Offices
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled **ETEKCITY CORPORATION AND AROVAST CORPORATION'S AMENDED JOINDER TO UNITED STATES TRUSTEE'S LIMITED OBJECTION TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF YK LAW, LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Michael J Gearin    michael.gearin@klgates.com
- Everett L Green    everett.l.green@usdoj.gov
- Vahe Khojayan    vkhojayan@yklaw.us
- Yi Hui Lee    mlee@yklaw.us
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- Allan D Sarver    ADS@asarverlaw.com
- David B Shemano    dshemano@shemanolaw.com
- Raymond Trojan    trojan@trojanlawoffices.com, shibata@trojanlawoffices.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On January 3, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2024 | R. Joseph Trojan | /s R. Joseph Trojan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**