1  R. Joseph Trojan, CA Bar No. 137,067
   trojan@trojanlawoffices.com
2  Dylan C. Dang, CA Bar No. 223,455
   dang@trojanlawoffices.com
3  Emi Shibata, CA Bar No. 275,069
   shibata@trojanlawoffices.com

4  TROJAN LAW OFFICES
   9250 Wilshire Blvd., Suite 325
5  Beverly Hills, CA 90212
   Tel: 310-777-8399; Fax: 310-777-8348
6  Attorneys for Unsecured Creditors,
   Etekcity Corporation and Arovast Corporation

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>OKAYSOU CORPORATION,<br><br>Debtor. | Case No.: 6:23-bk-11535-MH<br><br>**DECLARATION OF EMI SHIBATA IN SUPPORT OF MOTION OF UNSECURED CREDITORS ETEKCITY CORPORATION AND AROVAST CORPORATION FOR (1) RESOLUTION OF THE CHAPTER 7 TRUSTEE ELECTION DISPUTE AND (2) ORDER FOR SUBSTANTIVE CONSOLIDATION**<br><br>[No Hearing Set] |

1   I, Emi Shibata, declare as follows:

2       1.    I am an attorney in the law firm of Trojan Law Offices ("TLO") which has been engaged to represent Unsecured Creditors Etekcity Corporation and Arovast Corporation ("Etekcity and Arovast") in this bankruptcy proceeding (the "Case"). I am over the age of eighteen, I am competent to testify, and I have personal knowledge of the facts set forth herein. I submit this Declaration in Support of the Motion of Unsecured Creditors Etekcity Corporation and Arovast Corporation for (1) Resolution of the Chapter 7 Trustee Election Dispute and (2) Order for Substantive Consolidation (the "Motion"). I am admitted to practice law in the State of California, before the United States District Courts in the Central District of California, and before the United States Patent and Trademark Office ("USPTO").

    2.    Prior to the beginning of this Case ("Pre-Petition"), TLO was engaged to represent Etekcity and Arovast in a patent litigation matter ("Patent Litigation") which commenced May 23, 2022, in which Etekcity and Arovast were plaintiffs, and Okaysou Corporation ("Okaysou" or "Debtor") and Hao Ma ("Mr. Ma") were defendants. I was assigned to the case to assist TLO attorneys in September 2022, and was officially added as one of the attorneys of record in January 2023. Between January 2023 and April 2023, I interacted with both Mr. Henry Li and Mr. Michael DiNardo of YK Law during the discovery phase of the Patent Litigation. During on-site account inspections, I witnessed Mr. Li and Mr. DiNardo communicate with Mr. John Cao via Mr. Ma to access Okaysou sales information to include in document productions.

    3.    Attached as Exhibit 1 is a true and correct copy of the complaint that Debtor filed in United States District Court, Northern District of Illinois, Eastern Division, on November 16, 2023, with case caption "OKAYSOU CORPORATION, a California

TROJAN LAW OFFICES
BEVERLY HILLS

1  Corporation, Plaintiff, V. THE PARTNERSHIPS and UNINCORPORATED
2  ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" a Foreign Entity Defendants" and its
3  attachment titled, "Schedule A," which Debtor filed under seal.

4    4. On January 8, 2024, I called the office of the interim Chapter 7 trustee, Mr.
5  Robert S Whitmore to obtain the dial-in information for the upcoming Meeting of Creditors to
   be held on January 30, 2024.  After obtaining the dial-in information, Mr. Whitmore and I
6  discussed the case, and I shared the evidence of fraud that had been uncovered thus far.  Mr.
7  Whitmore advised that any investigation would require litigation counsel willing to take on the
8  case on contingency, which he currently did not have, and likely would not happen given the
   no asset status of the case.  Mr. Whitmore also opined that any judgement obtained from the
9  court as a result of investigations likely could not be collected, since bad actors would no doubt
10 divert assets to offshore accounts where they would be unreachable.

11    5. On January 9, 2024, I called the office of Mr. Larry D Simons, who had
12 previously contacted TLO on January 2, 2024 before it was clear that his appointment as
13 interim Chapter 7 trustee had been a clerical error.  The telephone call was brief and lasted
14 only a few minutes during which time I asked Mr. Simons whether he had litigation counsel
15 ready to investigate the case on a contingency basis and he answered affirmatively.  I relayed
   this information to my clients, and they requested that I elect Mr. Simons as the permanent
16 Chapter 7 trustee.

17    6. Attached as Exhibit 2 is a true and correct copy of the email I sent to Mr.
18 Cameron Ridley of the U.S. Trustee's Office on January 9, 2024, indicating my clients' intent
19 to elect Mr. Simons as the permanent Chapter 7 trustee at the upcoming Meeting of Creditors
20 to be held on January 30, 2024.

21

TROJAN LAW OFFICES
BEVERLY HILLS

7.  Attached as Exhibit 3 is a true and correct copy of a motion that Debtor filed in United States District Court, Northern District of Illinois, Eastern Division, on December 19, 2023, titled "MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION."

Dated: March 22, 2024

Respectfully submitted,

TROJAN LAW OFFICES
By

*Emi Shibata*

Emi Shibata
Attorney for Unsecured Creditors
Etekcity Corporation and
Arovast Corporation