# EXHIBIT 2

**Thursday, March 21, 2024 at 18:14:10 Pacific Daylight Time**

---

**Subject:** [Intent to Elect Chapter 7 Trustee] Okaysou Corporation 6:23-bk-11535-MH
**Date:** Tuesday, January 9, 2024 at 3:19:53 PM Pacific Standard Time
**From:** Emi Shibata <Shibata@trojanlawoffices.com>
**To:** Ridley, Cameron (USTP) <Cameron.Ridley@usdoj.gov>
**CC:** Joe Trojan <trojan@trojanlawoffices.com>

Dear Mr. Ridley,

We hope this email finds you well.

We are writing you today to inform you that our clients, Etekcity Corporation and Arovast Corporation, intend to elect Mr. Larry Simons as the Chapter 7 Trustee at the upcoming Meeting of Creditors on 1/30/2024.  Our law firm TLO interacted with Mr. Simons on 1/2/2024 after he was appointed the interim trustee.  Our firm also interacted with Mr. Robert Whitmore, the later appointed interim trustee, yesterday on 1/8/2024.  And based on both interactions, our clients feel more comfortable with Mr. Simons as trustee.

Please let us know if you have any questions or concerns regarding our abovementioned intent to elect the trustee.  Thank you!

Best regards,

TROJAN LAW OFFICES
by

Emi Shibata, Esq.
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399 Ext. 108
Fax: (310) 777-8348

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws.  If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact us immediately by telephone or response email.