R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Emi Shibata, CA Bar No. 275,069
shibata@trojanlawoffices.com

TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Tel: 310-777-8399; Fax: 310-777-8348
Attorneys for Unsecured Creditors,
Etekcity Corporation and Arovast Corporation

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>OKAYSOU CORPORATION,<br><br>Debtor. | Case No.: 6:23-bk-11535-MH<br><br>**DECLARATION OF EMI SHIBATA IN SUPPORT OF MOTION OF UNSECURED CREDITORS ETEKCITY CORPORATION AND AROVAST CORPORATION FOR (1) RESOLUTION OF THE CHAPTER 7 TRUSTEE ELECTION DISPUTE AND (2) ORDER FOR SUBSTANTIVE CONSOLIDATION**<br><br>[No Hearing Set] |

I, Emi Shibata, declare as follows:

1.     I am an attorney in the law firm of Trojan Law Offices ("TLO") which has been engaged to represent Unsecured Creditors Etekcity Corporation and Arovast Corporation ("Etekcity and Arovast") in this bankruptcy proceeding (the "Case"). I am over the age of eighteen, I am competent to testify, and I have personal knowledge of the facts set forth herein. I submit this Declaration in Support of the Motion of Unsecured Creditors Etekcity Corporation and Arovast Corporation for (1) Resolution of the Chapter 7 Trustee Election Dispute and (2) Order for Substantive Consolidation (the "Motion"). I am admitted to practice law in the State of California, before the United States District Courts in the Central District of California, and before the United States Patent and Trademark Office ("USPTO").

2.     Prior to the beginning of this Case ("Pre-Petition"), TLO was engaged to represent Etekcity and Arovast in a patent litigation matter ("Patent Litigation") which commenced May 23, 2022, in which Etekcity and Arovast were plaintiffs, and Okaysou Corporation ("Okaysou" or "Debtor") and Hao Ma ("Mr. Ma") were defendants. I was assigned to the case to assist TLO attorneys in September 2022, and was officially added as one of the attorneys of record in January 2023. Between January 2023 and April 2023, I interacted with both Mr. Henry Li and Mr. Michael DiNardo of YK Law during the discovery phase of the Patent Litigation. During on-site account inspections, I witnessed Mr. Li and Mr. DiNardo communicate with Mr. John Cao via Mr. Ma to access Okaysou sales information to include in document productions.

3.     Attached as Exhibit 1 is a true and correct copy of the complaint that Debtor filed in United States District Court, Northern District of Illinois, Eastern Division, on November 16, 2023, with case caption "OKAYSOU CORPORATION, a California

Case 6:23-bk-11535-MH    Doc 186-1    Filed 03/22/24    Entered 03/22/24 15:43:07    Desc
Affidavit    Page 3 of 6

1  Corporation, Plaintiff, V. THE PARTNERSHIPS and UNINCORPORATED

2  ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" a Foreign Entity Defendants" and its

3  attachment titled, "Schedule A," which Debtor filed under seal.

4      4.    On January 8, 2024, I called the office of the interim Chapter 7 trustee, Mr.

Robert S Whitmore to obtain the dial-in information for the upcoming Meeting of Creditors to

5  be held on January 30, 2024. After obtaining the dial-in information, Mr. Whitmore and I

6  discussed the case, and I shared the evidence of fraud that had been uncovered thus far. Mr.

7  Whitmore advised that any investigation would require litigation counsel willing to take on the

8  case on contingency, which he currently did not have, and likely would not happen given the

no asset status of the case. Mr. Whitmore also opined that any judgement obtained from the

9  court as a result of investigations likely could not be collected, since bad actors would no doubt

10  divert assets to offshore accounts where they would be unreachable.

11      5.    On January 9, 2024, I called the office of Mr. Larry D Simons, who had

12  previously contacted TLO on January 2, 2024 before it was clear that his appointment as

13  interim Chapter 7 trustee had been a clerical error. The telephone call was brief and lasted

14  only a few minutes during which time I asked Mr. Simons whether he had litigation counsel

ready to investigate the case on a contingency basis and he answered affirmatively. I relayed

15  this information to my clients, and they requested that I elect Mr. Simons as the permanent

16  Chapter 7 trustee.

17      6.    Attached as Exhibit 2 is a true and correct copy of the email I sent to Mr.

18  Cameron Ridley of the U.S. Trustee's Office on January 9, 2024, indicating my clients' intent

19  to elect Mr. Simons as the permanent Chapter 7 trustee at the upcoming Meeting of Creditors

20  to be held on January 30, 2024.

21

TROJAN LAW OFFICES
BEVERLY HILLS

7. Attached as Exhibit 3 is a true and correct copy of a motion that Debtor filed in United States District Court, Northern District of Illinois, Eastern Division, on December 19, 2023, titled "MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION."

Dated: March 22, 2024

Respectfully submitted,

TROJAN LAW OFFICES
By

*/s/ Emi Shibata*

Emi Shibata
Attorney for Unsecured Creditors
Etekcity Corporation and
Arovast Corporation

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is

Trojan Law Offices, 9250 Wilshire Blvd., Suite 325, Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled *Amended NOTICE OF MOTION AND MOTION OF UNSECURED CREDITORS ETEKCITY CORPORATION AND AROVAST CORPORATION FOR (1) RESOLUTION OF THE CHAPTER 7 TRUSTEE ELECTION DISPUTE AND (2) ORDER FOR SUBSTANTIVE CONSOLIDATION; and DECLARATION OF EMI SHIBATA IN SUPPORT OF MOTION OF UNSECURED CREDITORS ETEKCITY CORPORATION AND AROVAST CORPORATION FOR (1) RESOLUTION OF THE CHAPTER 7 TRUSTEE ELECTION DISPUTE AND (2) ORDER FOR SUBSTANTIVE CONSOLIDATION*

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 22, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Abram Feuerstein     abram.s.feuerstein@usdoj.gov
- Michael J Gearin     michael.gearin@klgates.com
- Everett L Green     everett.l.green@usdoj.gov
- Vahe Khojayan     vkhojayan@yklaw.us
- Yi Hui Lee     mlee@yklaw.us
- Cameron C Ridley     Cameron.Ridley@usdoj.gov
- Brandy A Sargent     brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- Allan D Sarver     ADS@asarverlaw.com
- David B Shemano     dshemano@shemanolaw.com
- Raymond Trojan     trojan@trojanlawoffices.com, shibata@trojanlawoffices.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On March 22, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 22, 2024 | R. Joseph Trojan | /s/R. Joseph Trojan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**