# EXHIBIT D

ACCO,AO120,CONMAG,PROTORD,STAYED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:22-cv-01037-MRW

| | |
|---|---|
| Arovast Corporation et al v. Okaysou Corporation et al | Date Filed: 05/23/2022 |
| Assigned to: Magistrate Judge Michael R. Wilner | Jury Demand: Both |
| Demand: $5,000,000 | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Arovast Corporation**
*a California corporation*

represented by **R. Joseph Trojan**
Trojan Law Offices
Rexford Plaza
9250 Wilshire Boulevard, Suite 325
Beverly Hills, CA 90212
310-777-8399
Fax: 310-777-8348
Email: trojan@trojanlawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emi Shibata**
Trojan Law Offices
9250 Wilshire Boulevard Suite 325
Beverly Hills, CA 90212
310-777-8399
Fax: 310-777-8348
Email: shibata@trojanlawoffices.com
*ATTORNEY TO BE NOTICED*

**Francis Wong**
Trojan Law Offices
9250 Wilshire Boulevard Suite 325
Beverly Hills, CA 90212
310-777-8399
Fax: 310-691-1086
Email: wong@trojanlawoffices.com
*TERMINATED: 12/19/2022*

**Lan C Dang**
Trojan Law Offices
9250 Wilshire Boulevard, Suite 325
Beverly Hills, CA 90212
310-777-8399
Fax: 310-691-1086
Email: dang@trojanlawoffices.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Etekcity Corporation**
*an Iowa Corporation*

represented by **R. Joseph Trojan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emi Shibata**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis Wong**
(See above for address)
*TERMINATED: 12/19/2022*

**Lan C Dang**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Okaysou Corporation**
*a California Corporation*

represented by **Michael A DiNardo**
YK Law LLP
445 South Figueroa Street Suite 2280
Los Angeles, CA 90071
213-401-0970
Email: mdinardo@yklaw.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hao Ma**
*an individual*

represented by **Michael A DiNardo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yan Huang**
*an individual*
*TERMINATED: 07/20/2022*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2022 | 1 | COMPLAINT Receipt No: ACACDC-33347839 - Fee: $402, filed by Plaintiffs Arovast Corporation, Etekcity Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Attorney R. Joseph Trojan added to party Arovast Corporation(pty:pla), Attorney R. Joseph Trojan added to party Etekcity Corporation(pty:pla))(Trojan, R.) (Entered: 05/23/2022) |
| 05/23/2022 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Arovast Corporation, Etekcity Corporation. (Trojan, R.) (Entered: 05/23/2022) |
| 05/23/2022 | 3 | Request for Clerk to Issue Subpoena filed by Plaintiffs Arovast Corporation, Etekcity Corporation., Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Arovast Corporation, Etekcity Corporation. (Trojan, R.) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Arovast Corporation, Etekcity Corporation. (Trojan, R.) (Entered: 05/23/2022) |
| 05/23/2022 | 5 | *NOTICE OF CORPORATE DISCLOSURES; and* NOTICE of Interested Parties filed by Plaintiffs Arovast Corporation, Etekcity Corporation, identifying L&H Y Trading Inc., Arcsync Co., Ltd., and Arcsync Co., Ltd.. (Trojan, R.) (Entered: 05/23/2022) |
| 05/23/2022 | 6 | CIVIL COVER SHEET filed by Plaintiffs Arovast Corporation, Etekcity Corporation. (Trojan, R.) (Entered: 05/23/2022) |
| 05/23/2022 | 7 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Arovast Corporation, Etekcity Corporation. (Trojan, R.) (Entered: 05/23/2022) |
| 05/24/2022 | 8 | NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge Douglas F. McCormick. (sh) (Entered: 05/24/2022) |
| 05/24/2022 | 9 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (sh) (Entered: 05/24/2022) |
| 05/24/2022 | 10 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (sh) (Entered: 05/24/2022) |
| 05/24/2022 | 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Yan Huang, Hao Ma, Okaysou Corporation. (Attachments: # 1 Hao Summons, # 2 Yan Summons) (sh) (Entered: 05/24/2022) |
| 05/25/2022 | 12 | INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER. (kdu) (Entered: 05/25/2022) |
| 06/06/2022 | 13 | PROOF OF SERVICE Executed by Plaintiff Arovast Corporation, Etekcity Corporation, upon Defendant Okaysou Corporation served on 6/3/2022, answer due 6/24/2022. Service of the Summons and Complaint were executed upon Hao Ma, Agent for Service of Process and CEO of Okaysou Corporation in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. (Trojan, R.) (Entered: 06/06/2022) |
| 06/06/2022 | 14 | PROOF OF SERVICE Executed by Plaintiff Arovast Corporation, Etekcity Corporation, upon Defendant Hao Ma served on 5/25/2022, answer due 6/15/2022. Service of the Summons and Complaint were executed upon Hao Ma, Individual Defendant in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Trojan, R.) (Entered: 06/06/2022) |
| 06/14/2022 | 15 | STIPULATION Extending Time to Answer the complaint as to Hao Ma answer now due 7/8/2022; Okaysou Corporation answer now due 7/8/2022, re Complaint (Attorney Civil Case Opening), 1 filed by Defendants Hao Ma; Okaysou Corporation.(Attorney Michael A DiNardo added to party Hao Ma(pty:dft), Attorney Michael A DiNardo added to party Okaysou Corporation(pty:dft))(DiNardo, Michael) (Entered: 06/14/2022) |
| 07/07/2022 | 16 | ANSWER to Complaint (Attorney Civil Case Opening), 1 with JURY DEMAND filed by Defendants Hao Ma, Okaysou Corporation.(DiNardo, Michael) (Entered: 07/07/2022) |
| 07/07/2022 | 17 | NOTICE of Interested Parties filed by Defendants Hao Ma, Okaysou Corporation, (DiNardo, Michael) (Entered: 07/07/2022) |
| 07/19/2022 | 18 | ORDER SETTING SCHEDULING CONFERENCE by Judge David O. Carter. Scheduling Conference set for 8/8/2022 at 08:30 AM before Judge David O. Carter. (kdu) (Entered: 07/19/2022) |

| | | |
|---|---|---|
| 07/20/2022 | 19 | NOTICE OF DISMISSAL filed by Plaintiffs Arovast Corporation, Etekcity Corporation pursuant to FRCP 41a(1) *WITHOUT PREJUDICE* as to Yan Huang. (Trojan, R.) (Entered: 07/20/2022) |
| 07/20/2022 | 20 | NOTICE OF LODGING filed re Notice to Counsel Re: Consent to Proceed before a US Magistrate Judge - optional html form 10 (Attachments: # 1 Statement of Consent to Proceed Before a US Magistrate Judge)(Trojan, R.) (Entered: 07/20/2022) |
| 07/25/2022 | 21 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 5 days, filed by Plaintiffs Arovast Corporation, Etekcity Corporation.. (Trojan, R.) (Entered: 07/25/2022) |
| 08/08/2022 | 22 | MINUTES OF Scheduling Conference held before Judge David O. Carter. The case is called. The Court and counsel confer. The parties agree to proceed with Magistrate Judge Michael R. Wilner. The Court grants the parties CV-11D re: Consent to Proceed before a US Magistrate Judge (Dkt. 20 ). Court Reporter: Court Smart. (twdb) (Entered: 08/09/2022) |
| 08/11/2022 | 23 | CONSENT TO PROCEED before United States Magistrate Judge by all parties pursuant to GO 18-11 is approved by District Judge David O. Carter and Magistrate Judge Michael R. Wilner. This case is hereby reassigned to Magistrate Judge Michael R. Wilner for all further proceedings. Case number will now read 8:22-cv-01037 MRW. (rn) (Entered: 08/11/2022) |
| 08/11/2022 | 24 | ORDER RE: CASE MANAGEMENT CONFERENCE by Magistrate Judge Michael R. Wilner. To advance the litigation efficiently, the Court will hold a case management conference on August 24 at 9:30 a.m. (see document for further details) (hr) (Entered: 08/11/2022) |
| 08/22/2022 | 25 | SCHEDULING NOTICE - IN CHAMBERS by Magistrate Judge Michael R. Wilner: Case management conference previously scheduled for 8/24/2022 at 9:30 AM has been rescheduled for 8/31/2022 at 9:30 AM. Zoom link to be sent to parties. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jm) TEXT ONLY ENTRY (Entered: 08/22/2022) |
| 08/31/2022 | 26 | MINUTES OF CASE MANAGEMENT CONFERENCE (VIDEO) held before Magistrate Judge Michael R. Wilner. Case management conference held. Separate scheduling order to be issued. Court Recorder: CS 08/31/22. (hr) (Entered: 08/31/2022) |
| 08/31/2022 | 27 | SCHEDULING ORDER by Magistrate Judge Michael R. Wilner. Jury Trial set for 7/24/2023 at 9:00 AM before Magistrate Judge Michael R. Wilner. Pretrial Conference set for 7/12/2023 at 9:30 AM before Magistrate Judge Michael R. Wilner. (see document for further details) (hr) (Entered: 08/31/2022) |
| 09/09/2022 | 28 | STIPULATION for Protective Order filed by Defendants Hao Ma, Okaysou Corporation. (DiNardo, Michael) (Entered: 09/09/2022) |
| 09/12/2022 | 29 | PROTECTIVE ORDER by Magistrate Judge Michael R. Wilner re Stipulation for Protective Order 28 . (see document for details) (hr) (Entered: 09/12/2022) |
| 11/23/2022 | 30 | STIPULATION to Extend Discovery Cut-Off Date to 02/07/2023 filed by Plaintiffs Arovast Corporation, Etekcity Corporation.(Trojan, R.) (Entered: 11/23/2022) |
| 11/28/2022 | 31 | REVISED SCHEDULING ORDER by Magistrate Judge Michael R. Wilner. 1. The Court reviewed the stipulation to modify the discovery dates in this action. (Docket # 30.) The lawyers' request reflects their professionalism, and will be granted in its entirety. 2. Your new dates are as follows: (see document for further details). (hr) (Entered: 11/28/2022) |
| 12/17/2022 | 32 | Notice of Appearance or Withdrawal of Counsel: for attorney R. Joseph Trojan counsel for Plaintiffs Arovast Corporation, Etekcity Corporation. Francis wong is no longer counsel of |

| | | |
|---|---|---|
| | | record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiffs Arovast Corporation and Etekcity Corporation. (Trojan, R.) (Entered: 12/17/2022) |
| 01/04/2023 | 33 | ORDER RE: DISCOVERY DISPUTE by Magistrate Judge Michael R. Wilner. 1. The Court received an e-mail from Plaintiff's lawyers regarding several pending discovery disputes. Plaintiff requested an informal discovery conference to discuss these issues. 2. We're already on calendar for a "halftime show" hearing on January 11. Rather than set a separate hearing, I suggest that we take up the discovery issues at that session. To ensure that we get through everything, the hearing time will be advanced to 9 a.m. Either side may submit a status report or update on the discovery issues by the close of business on January 10. (see document for further details) (hr) (Entered: 01/04/2023) |
| 01/06/2023 | 34 | MOTION RE: INFORMAL DISCOVERY DISPUTE. Video Conference set for 1/11/2023 at 9:00 AM before Magistrate Judge Michael R. Wilner. (hr) (Entered: 01/06/2023) |
| 01/10/2023 | 35 | Notice of Appearance or Withdrawal of Counsel: for attorney R. Joseph Trojan counsel for Plaintiffs Arovast Corporation, Etekcity Corporation. Adding Emi Shibata as counsel of record for Arovast Corporation and Etekcity Corporation for the reason indicated in the G-123 Notice. Filed by Plaintiffs Plaintiffs Arovast Corporation and Etekcity Corporation. (Trojan, R.) (Entered: 01/10/2023) |
| 01/11/2023 | 36 | MINUTES OF HALF TIME STATUS CONFERENCE held before Magistrate Judge Michael R. Wilner. Half time status conference held as stated on the record. Court Recorder: CS 01/11/23. (hr) (Entered: 01/11/2023) |
| 01/11/2023 | 37 | FOR COURT USE ONLY: STATISTICAL CORRECTION settling 34 Motion Re: Informal Discovery Dispute, re: 36 MINUTES. (hr) (Entered: 01/11/2023) |
| 01/11/2023 | 38 | ORDER RE: DISCOVERY CUT-OFF by Magistrate Judge Michael R. Wilner. 1. The Court conducted an extensive "halftime show" / discovery conference with the parties today. 2. As a result of our discussion, the Court EXTENDS the fact and expert discovery deadlines by eight weeks. Of most relevance, the new fact discovery cut-off date is April 4. (see document for further details) (hr) (Entered: 01/11/2023) |
| 04/03/2023 | 39 | STIPULATION to Continue Discovery cut off and other dates from 04/04/2023 to 05/19/2023 Re: Order, 38 filed by Plaintiffs Arovast Corporation, Etekcity Corporation. (Attachments: # 1 Proposed Order GRANTING EXTENSION OF CASE DEADLINES REQUESTED BY JOINT STIPULATION)(Trojan, R.) (Entered: 04/03/2023) |
| 04/04/2023 | 40 | ORDER GRANTING EXTENSION OF CASE DEADLINES REQUESTED BY JOINT STIPULATION by Magistrate Judge Michael R. Wilner, re Stipulation to Continue, 39 . Jury Trial continued to 11/2/2023 09:00 AM before Magistrate Judge Michael R. Wilner., Pretrial Conference continued to 10/23/2023 09:30 AM before Magistrate Judge Michael R. Wilner. (see document for further details). (et) (Entered: 04/04/2023) |
| 04/17/2023 | 41 | Notice of Bankruptcy Filing filed by Defendant Okaysou Corporation. (DiNardo, Michael) (Entered: 04/17/2023) |
| 04/25/2023 | 42 | ORDER RE: BANKRUPTCY PROCEEDINGS by Magistrate Judge Michael R. Wilner, re Notice of Bankruptcy Filing 41 . If Plaintiff believes that it can lawfully continue to pursue this action in district court, it may present its argument by or before May 12. Otherwise, the Court will likely be obliged to stay this action pending further order of the Bankruptcy Court. (see document for further details) (hr) (Entered: 04/26/2023) |
| 07/06/2023 | 43 | ORDER STAYING ACTION by Magistrate Judge Michael R. Wilner, re Order 42 . IT IS ORDERED that the civil action is STAYED during the pendency of the bankruptcy proceedings. (see document for further details) Case stayed. (hr) (Entered: 07/06/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/22/2024 17:19:48 | | | |
| **PACER Login:** | kglaw2010 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-cv-01037-MRW End date: 3/22/2024 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |