## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501-3819**

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Okaysou Corporation
**SSN:** N/A
**EIN:** 83-2413546

603 S. Miliken Ave, Ste G
Ontario, CA 91761

**BANKRUPTCY NO.** 6:23-bk-11535-MH
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before September 16, 2024**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: June 13, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN-10) Rev 12/2015

**215 / RW**